**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| WESTERN RESEARCH INSTITUTE, <br><br> Plaintiff, <br><br> v. <br><br> CHEVRON U.S.A. INC. <br><br> Defendant. | Case No. 4:26-cv-5133 <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF WESTERN RESEARCH INSTITUTE'S
COMPLAINT FOR PATENT INFRINGEMENT**

Western Research Institute ("Plaintiff" or "WRI") brings this action for patent infringement against Chevron U.S.A. Inc. ("Chevron" or "Defendant") for infringement of U.S. Patent No. 7,875,464 (the '464 patent) and U.S. Patent No. 8,367,425 (the '425 patent) (collectively, the "Asserted Patents"). WRI, on personal knowledge as to its own acts, and, upon information and belief, as to all others based on investigation, alleges as follows:

**PARTIES**

A.  **WRI**

1.      Plaintiff WRI is a Wyoming nonprofit, public benefit corporation organized under the laws of the State of Wyoming and operating as a scientific and education institution. Its principal place of business is at 3474 N 3rd Street, Laramie, Wyoming.

2.      WRI traces its institutional lineage to 1924, when the Bureau of Mines established a petroleum research station in Laramie to support the development of Wyoming's natural-resource sector—an effort that later evolved into the present-day research institute.

3.      WRI's mission is to innovate, develop, and commercialize technologies using advanced sustainable chemistry, analysis, and innovative engineering.

4.      Now more than a century removed from its origins, WRI remains committed to

advancing applied science and technology in the public interest. It is recognized for rigorous, solutions-oriented research in energy systems, environmental technologies, materials science, and related fields. Its longstanding relationship with the University of Wyoming continues to strengthen both academic collaboration and practical innovation. WRI is also a recognized leader in asphalt, petroleum, and coal technologies, as well as in emerging sustainable technologies aimed at developing advanced materials and moving fossil resources beyond combustion.

5. WRI is organized into two principal business units. The first, RenuMat—Renewable Upcycling Materials and Asphalt Technologies—specializes in lab-scale chemistry focused on hydrocarbons beyond combustion (including asphalt binders, additives, mesophase pitch, and carbon fibers derived from coal, refinery by-products, and waste streams). The unit also conducts work in waste upcycling and the circular-economy domain, including asphalt, plastics, composites, and biomass, supported by expertise in formulation, analytical chemistry, and rheology.

6. The second business unit, SET—Sustainable Emerging Technologies—specializes in pilot-scale systems involving hydrocarbons beyond combustion and waste-stream upcycling, including refining and distillation, partial oil upgrading, and Solvent De-Asphalting (SDA). SET also develops and tests catalysts and designs customized pilot- and demonstration-scale process units.

**B.    Chevron**

7. On information and belief, Chevron U.S.A. Inc. is a Pennsylvania corporation with its principal place of business at 1400 Smith Street, Houston, TX 77002.

8. Chevron U.S.A. Inc. is a wholly owned subsidiary of Chevron Corporation and is a major subsidiary of Chevron Corporation.

9. Chevron U.S.A. Inc. and its subsidiaries manage and operate most of Chevron

Corporation's United States businesses, including those related to exploration and production of crude oil, natural gas, and natural gas liquids, as well as the refining, marketing, supply, and distribution of product derived from petroleum.

10.     Chevron U.S.A. Inc. has registered and is authorized to transact business in the State of Texas and may be served with process by serving its registered agent for service, Prentice-Hall Corporation System, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

## JURISDICTION AND VENUE

11.     This action includes claims of patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

12.     Subject matter jurisdiction is proper in this Court under 28 U.S.C. §§ 1331 and 1338(a).

13.     Chevron is subject to this Court's personal jurisdiction.

14.     Chevron's principal place of business is in the forum state and in this District at 1400 Smith Street, Houston, Texas 77002.

15.     Chevron has sufficient minimum contacts and/or has engaged in continuous and systematic activities in the forum as a result of business conducted within the State of Texas and the Southern District of Texas.

16.     Chevron is further subject to the Court's specific personal jurisdiction due at least to its substantial business activities in this District, including (1) at least a portion of the infringing acts alleged herein, and/or (2) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this District.

17.     For example, Chevron owns and operates a crude oil refinery located in this District at 111 Red Bluff Rd., Pasadena, Texas 77506.  Chevron's Pasadena refinery has a distillation

capacity of 125,000 barrels per day.

18. As another example, Chevron has around 7,000 employees located in the greater Houston area.

19. Chevron has derived substantial benefits from infringing acts in this District, including those described below.

20. Chevron does and intends to do business in Texas and in this District, directly or through intermediaries, and offers its products and/or services (such as gas and oil products from hydrocarbon production) to customers and potential customers located in Texas and in this District.

21. Venue is proper under 28 U.S.C. § 1400(b) against Chevron because Chevron has committed acts of infringement in this District and has a regular and established place of business in this District.

22. For example, Chevron's Corporate Headquarters and its Pasadena Refinery constitute regular and established places of business for Chevron.

23. Chevron has committed infringing acts in this District.

24. Upon information and belief, Chevron has employees in this District who carry out infringing methodologies on hydrocarbons in this District.

25. Upon information and belief, Chevron has employees in this District who are responsible for performing infringing testing involving detection of asphaltenes in hydrocarbons, including at the Pasadena Refinery in this District.

26. Upon information and belief, Chevron uses the information provided by its asphaltene testing in an infringing manner in this District to mitigate and prevent asphaltene issues in the transportation and refining of hydrocarbons in this District.

27. Chevron performs infringing acts within this District, including at its corporate

headquarters and at the Pasadena Refinery. Chevron maintains a permanent and/or continuing presence in this District and has the requisite minimum contacts with the Southern District of Texas such that this venue is a fair and reasonable one. Upon information and belief, Chevron has transacted and, at the time of the filing of this Complaint, is continuing to transact business within the Southern District of Texas.

<b><u>FACTUAL ALLEGATIONS</u></b>

28.     WRI is the sole owner of, and possesses all rights, interests, and title of U.S. Patent No. 7,875,464 (the '464 patent) and U.S. Patent No. 8,367,425 (the '425 patent) (collectively, the "Asserted Patents"). The Asserted Patents are attached to this Complaint as **Exhibits A–B**, respectively. Each patent is valid and enforceable.

**A.     WRI's Patented Technology**

29.     One of the problems encountered during crude oil production and refining is asphaltene precipitation. Unwanted asphaltene precipitation can, for example, plug an oil well or pipeline as well as decrease or stop oil production. In downstream applications, asphaltenes can reduce yield of processes through fouling and coking. Equipment fouling is costly to petroleum refineries in terms of, for example, lost efficiencies, lost throughput, additional energy consumption, and other higher operating costs.

30.     During the time of WRI's research, the costs associated with unwanted asphaltene deposition worldwide during oil production and processing operations was in the order of billions of dollars per year. For this reason, prevention or minimization of asphaltene precipitation is a major goal of many oil companies.

31.     Therefore, it was desirable to find improved methods of determining asphaltene content and stability in crude oil that could be performed in a simple, cost efficient, and repeatable manner. In particular, a fast and reliable method to predict the asphaltene stability in petroleum

systems was very much needed at the time of WRI's research.

32.     Inventors Dr. John Schabron and Joseph Rovani, Jr., working under an agreement with the Department of Energy, conducted extensive research over years that led to groundbreaking improvements in methods for determining asphaltenes in crude oil. *See* Ex. A at 1:39–2:11. Around 2005, state of the art methods for asphaltene determination spanned multiple days. *See id.* at 9:59–67. WRI's new innovative methods, however, allowed for repeatable, reliable measurements within as little as thirty to forty minutes. *See, e.g.*, *id.* at 9:43–10:56.

33.     The asserted patents describe processing techniques for determining heavy components in hydrocarbon materials—particularly asphaltenes, the complex, high-molecular-weight fractions in crude oils known for driving instability, fouling, and coking. *See id.* at 1:39–2:11, 5:58–64.

34.     Prior-art analytical systems struggled to yield reliable information about heavy hydrocarbon fractions because conventional approaches relied on bulk precipitation and multi-day processing steps, producing inconsistent or delayed results. *Id.* at 9:65–10:8; 10:33–38. Operators also lacked controlled environments for forming and isolating solid fractions and did not have solvent-based analytical sequences capable of distinguishing how different asphaltene fractions dissolved under varying solvency strengths—capabilities specifically enabled by the Asserted Patents' successive dissolution protocols. *See id.* at 8:1–15; 11:12–16; 12:55–65; 14:30–31.

35.     The inventions advanced beyond those limitations by providing novel methods of evaluating heavy materials within, for example, a vessel or column. *Id.* at 1:39–2:11; 3:64–67. One aspect provides generation of solid material, often through precipitation directly from a solution using a combination of a precipitating solvent and inert material. *Id.* at 3:64–4:28. Once formed, the asphaltenes can be redissolved using solvents of various strengths and characteristics,

6

revealing how different fractions respond to changing solvent strength. *Id.* at 1:39–49; 8:1–15. In one embodiment, a column packed with inert material (such as polytetrafluoroethylene, or "PTFE") is used to precipitate asphaltenes. *Id.* at 4:17–44. This controlled dissolution sequence provides information relevant to coking onset and the fractionation characteristics of oils. *Id.* at 1:33–35.

36. A complementary aspect applies the same framework within a packed column, where asphaltenes are first precipitated by an alkane mobile-phase solvent and retained within an inert material. *Id.* at 13:20–29. Solvents of increasing solvency strength are then passed through the column, dissolving and eluting different portions of the asphaltenes in stages. *Id.* at 13:29–41. The amounts dissolved at each stage generate a quantitative solubility profile of the sample, enabling determination of asphaltene stability parameters. *Id.* at 1:59–2:7.

37. WRI scientists developed these novel techniques for analyzing asphaltenes in hydrocarbon mixtures in 2005. This work was developed as part of a DOE-funded joint research initiative that included Chevron as a participant, as well as many other major oil companies. A provisional application describing these methods was filed in 2005, and several patents issued from subsequent applications claiming priority to this provisional, including the Asserted Patents. As reflected by the issuance of several patents, WRI's important contributions to the science of asphaltene detection were early in time and well before the later methods published and disclosed by Chevron and others in the industry.

**B.      Chevron's History with WRI and the Patented Technology**

38. Chevron's awareness of WRI's technology was direct and longstanding. In 2006, soon after WRI filed its initial applications, WRI hosted Chevron scientists—including Dr. Cesar Ovalles and Dr. Mietek Boduszynski—for a technical visit, during which WRI opened its research notebooks, demonstrated its technology, and reminded Chevron of its pending patent applications.

39.     A few months later, at Chevron's request, Dr. Schabron visited Chevron to present WRI's innovations to more than fifty of Chevron's research and development personnel.

40.     Within three years of those disclosures, Chevron internally drafted and circulated a confidential Chevron report documenting a method for asphaltene analysis that mirrored the same conceptual framework WRI had disclosed.  The report became the basis for Chevron's 2009 U.S. provisional application filed by Dr. Ovalles, Dr. Rogel, and Dr. Moir, on a method for determining asphaltene solubility profiles—an application that WRI later identified as deriving from WRI's own disclosed work.

1

**CONFIDENTIAL**

**METHOD FOR THE DETERMINATION OF THE SOLUBILITY PROFILE OF
ASPHALTENES IN CRUDE OILS AND PETROLEUM PRODUCTS BY ON COLUMN
PRECIPITATION METHOD.
I. CORRELATION WITH ASPHALTENE STABILITY MEASUREMENTS**

Estrella Rogel, Cesar Ovalles and Michael Moir

Chevron Energy Technology Co.

100 Chevron Way, Richmond, CA 94802

April 2009

Notice

This document contains proprietary information from Chevron and its subsidiary companies. It
must not be shared outside Chevron without explicit permissions of the authors

41.     Beginning in 2009, Chevron began filing patent applications that closely tracked the technology WRI had already invented and disclosed to Chevron during their prior collaboration. Chevron filed two U.S. provisional applications on September 14, 2009, and March 11, 2010, followed by a full U.S. application on July 9, 2010, all directed to methods for determining asphaltene stability.

42.     WRI contacted Chevron in March 2011 through counsel to discuss Chevron's applications and explore a path toward resolution. WRI also informed Chevron about the '464 patent in the context of potential licensing.

43.     WRI again contacted Chevron regarding licensing on at least two occasions in 2013 and identified the '425 and '464 patents, among others. Chevron did not agree to a license.

44.     In 2016, the United States Patent and Trademark Office initiated an interference proceeding between Chevron's pending applications and WRI's '425 patent, recognizing that Chevron's pending applications were duplicative of WRI's patented innovations.

45.     After extensive motion practice and expert submissions, the Patent Trial and Appeal Board issued its December 11, 2018 Decision on Motions, awarding WRI the benefit of its inventions and holding that Chevron could not prevail on priority as a matter of law.

46.     Nevertheless, Chevron appealed. The Federal Circuit affirmed fully on November 4, 2020, sustaining the Board's award of priority to WRI.

47.     Throughout this period—both before and after the interference proceeding—WRI continued to engage with Chevron and offered multiple opportunities to resolve Chevron's unlicensed use of the Asserted Patents through a straightforward licensing agreement. Chevron declined every invitation.

48.     Further, in 2022 and 2024, WRI reached out directly to Chevron to reopen

discussions regarding WRI's patented technology. In these communications, WRI attempted to provide Chevron with an amicable path forward, including the possibility of licensing, and in doing so expressly identified the Asserted Patents. Chevron declined to pursue any further discussions.

49. On information and belief, Chevron's unwillingness to work constructively with WRI stems from its ongoing use of WRI's technology and its refusal to pay for a license while continuing to benefit from WRI's patented innovations.

**C. Chevron's Infringing Activities**

50. Chevron engages in upstream and downstream operations in the oil and gas industry.

51. Chevron's downstream operations consist of refining crude oil into petroleum products; marketing of crude oil, refined products and lubricants; manufacturing and marketing of renewable fuels; transporting crude oil and refined products by pipeline, marine vessel, motor equipment and rail car; and manufacturing and marketing of commodity petrochemicals, plastics for industrial uses and fuel and lubricant additives.

52. In relevant part, Chevron owns and operates at least five oil refineries in the United States, located in Pasadena, Texas; Pascagoula, Mississippi; Richmond, California; El Segundo, California; and Salt Lake City, Utah. As of 2025, these refineries have a total capacity of over 1 million barrels of crude oil per day.

53. Upon information and belief, Chevron has been engaging in infringing activity at these oil refineries, for example, to detect the level and characterization of asphaltenes in crude oil and select feedstocks thereon.

54. For example, Chevron's own publications indicate that the Accused Methods are for commercial use in refinery operations and in the selection and blending of crude oil feedstocks. *See* Cesar Ovalles et al., *Predicting Coke Morphology in Delayed Coking from Feed*

10

*Characteristics*, 263 Fuel 116739, 116739 (2020) (hereinafter, "Reference 1") ("[P]lanners and engineers could use it to purchase opportunity feeds, optimize the operation of Delayed Coking, and blend feeds without affecting processing."); *id.* at 116743 ("[T]he use of MCRT coke to predict coke morphology is an analytical tool that could be useful to select feeds to purchase, optimize the operation of Delayed Coking, and carrying out blending without affecting coker cycles."); Estrella Rogel, Cesar Ovalles & Ajit Pradhan, *Sediment Formation in Residue Hydroconversion Processes and Its Correlation to Asphaltene Behavior*, 27 Energy & Fuels 6587 (2013) (hereinafter, "Reference 2") ("[P]roper asphaltene characterization of feeds can help to reduce fouling in operating units by facilitating feed selection and adjustment of operational conditions."); *id.* at 6592 ("[A]sphaltene characterization of the feeds can be used to predict sediment formation after hydroprocessing, and, therefore, it could be a useful tool to better control commercial hydrotreatment units."); *id.* at 6593 ("[T]he two proposed methods can be used to monitor sediment formation during hydroconversion and to evaluate solvents for blending, selecting, and optimizing feeds."); Estrella Rogel et al., *Asphaltene Solubility Properties by the In-Line Filtration Method*, 29 Energy & Fuels 6363, 6363 (2015) (hereinafter, "Reference 3") ("[T]he in-line filtration solubility profile can be easily implemented to monitor the stability of feeds or products during refinery operations."); *id.* ("Fouling resulting from asphaltene precipitation was and still is one of the biggest concerns throughout the petroleum industry."); *id.* at 6368 ("This method can be easily adapted to monitor processes in the petroleum industry where the stability of feeds and/or products is a key factor in the control of fouling and/or sediment problems."); Estrella Rogel et al., *Determination of Asphaltenes in Crude Oil and Petroleum Products by the on Column Precipitation Method*, 23 Energy & Fuels 4515, 4515 (2009) ("It [the on-column method] can be automated, and it also has the potential to be used on line."). *See also*:

11



Justin Tuttle, *Advancing molecular-level engineering: Chevron's use of Simcenter Culgi for enhanced asphaltene understanding*, Siemens (Feb. 6, 2026) (presentation by Dr. Estrella Rogel, Chevron), https://blogs.sw.2iemens.com/energy-utilities/2026/02/06/advancing-molecular-level-engineering-chevrons-use-of-simcenter-culgi-for-enhanced-asphaltene-understanding/#section_0 (hereinafter, "Reference 4").

55. Chevron's upstream operations consist primarily of exploring for, developing, producing and transporting crude oil and natural gas; processing, liquefaction, transportation and regasification associated with liquefied natural gas; transporting crude oil by major international oil export pipelines; transporting, storage and marketing of natural gas; carbon capture and storage; and a gas-to-liquids plant.

56. Chevron's upstream activities in the United States are primarily located in Texas, New Mexico, Colorado, North Dakota, California, and the Gulf of America.

57. For example, Chevron boasts that it is one of the largest producers of hydrocarbons in the Permian basin of west Texas and New Mexico, where it has maintained a presence for nearly a century. It has a portfolio of over 1.75 million acres in the Midland and Delaware basins (which

12

are part of the Permian basin) and delivers over one million barrels of oil-equivalent (BOE) per day from the Permian basin.



Map of Chevron's U.S. assets in the Permian basin, Colorado, and Gulf of America - *building a stronger future powered by american [sic] energy*, Chevron (May 5, 2025), https://www.chevron.com/newsroom/2025/q2/building-a-stronger-future-powered-by-american-energy.

58.    Once produced, Chevron's hydrocarbons are then transported, largely via pipeline, to refineries in the United States or to ports to be exported in raw form to other countries.

59.    For example, Chevron's Permian basin-produced hydrocarbons are transported from the Permian basin to the Houston area, where they can be refined and/or exported from the ports of Houston and Galveston.

60.    Upon information and belief, Chevron has been engaging in infringing activity at its offices, well sites, and pipelines, including in this District, using the Accused Methods to detect the level and characteristics of asphaltenes in crude oil and using that data to make operational decisions for prevention and mitigation of asphaltene-related issues.

61.     For example, Chevron's own publications indicate that the Accused Methods are for commercial use in its upstream operations. *See, e.g.*, Estrella Rogel, Cesar Ovalles & Michael E. Moir, *On-Column Filtration Asphaltene Characterization Methods for the Analysis of Produced Crude Oils and Deposits from Upstream Operations*, in **Analytical Methods in Petroleum Upstream Applications** 161, 162–64 (2015) (hereinafter, "Reference 5") (Asphaltenes "are considered 'bad actors' when crude oils and their fractions are produced, transported, or refined . . . [and] have been blamed for several operational issues throughout the petroleum value chain such as reducing the permeability of oil-bearing formation and the concomitant reduction in the volumetric production of wells and percentages of oil recovery[;] Increased cost for lifting and transportation due to the high viscosity of asphaltenic crude oils[;] Plugging of tubing, pumps, valves, and pipelines due to asphaltene precipitation . . . . Specifically in upstream operations, the loss in production due to asphaltene plugging could yield financial losses on the order of tens of millions of dollars. . . .  One important step toward . . . understanding, mitigating, and solving asphaltene precipitation and transportation is  characterization of the asphaltene fractions," which can be achieved by using the Accused Methods.); Estrella Rogel, Cesar Ovalles, Janie Vien & Michael Moir, *Asphaltene Content by the In-Line Filtration Method*, 171 Fuel 203 (hereinafter, "Reference 6") (2016) ("Asphaltenes precipitate during production and refining operations, causing significant losses to the oil industry every year. For example, remediation costs due to asphaltene precipitation in on-shore wells can be around one-half million dollars and significantly more in off-shore wells."); Cesar Ovalles et al., *Characterization of Heavy Crude Oils, Their Fractions, and Hydrovisbroken Products by the Asphaltene Solubility Fraction Method*, 26 Energy & Fuels 549, 549 (2011) (hereinafter, "Reference 7") ("Unwanted asphaltene precipitation is a serious concern to the petroleum industry because, in addition to the choking of the pipelines,

asphaltenes plug up well bores and can decrease or stop oil production. These problems are expected to become significant as the industry moves to more offshore production and into deep water, where prevention and remediation costs rise dramatically."); Estrella Rogel, Cesar Ovalles & Michael Moir, *Asphaltene Stability in Crude Oils and Petroleum Materials by Solubility Profile Analysis*, 24 Energy & Fuels 4369 (2010) (hereinafter, "Reference 8") ("The cost associated with asphaltene deposition worldwide during production and processing operations is in the order of billions of dollars per year."); *See also*:



Reference 4 at 7.



Haijing Gao, *Flow Assurance Overview and Challenges in Oil & Gas Production*, Chevron (May 2022), https://engineering.purdue.edu/P2SAC/news/events/2022-spring-p2sac-conference/Flow%20Assurance%20Overview%20and%20Challenges%20in%20Oil%20and%20Gas%20Production%20-%20Haijing%20Gao.pdf (hereinafter, "Reference 9").

## Asphaltenes



- **Asphaltenes may precipitate when the fluid conditions change (particularly pressure) or incompatible fluid streams are mixed.**
  - Transition across the bubble point results in a major change in density and thus a change in asphaltene stability
    - Further changes in pressure will result in changes in density
  - Mixing of heavy oil with lighter oil
  - Gas Lift
  - $CO_2$ Injection



© 2016 Chevron

12

---

 

 

- **Asphaltene Management**
  - Asphaltene inhibitors can be injected downhole.
  - Asphaltene inhibitors do not inhibit Asphaltene precipitation, but they disperse precipitated Asphaltenes.
  - Pressure Control – Pressure decreases can cause Asphaltenes to precipitate, providing pressure support can prevent this.
  - Aromatic solvents (xylene soaking)
    - Frequency
    - Duration





© 2016 Chevron

13

Ferhat Erdal & Steve Cochran, *Down Hole Flow Assurance*, SPE GCS Annual Drilling Symposium (April 13, 2017), https://www.spegcs.org/media/files/files/7455cd63/Ferhat_Erdal.pdf (hereinafter, "Reference 10").

62.    Accordingly, Chevron uses the Accused Methods in both its upstream and downstream operations.

63.    In the article *Asphaltene Stability in Crude Oils and Petroleum Materials by Solubility Profile Analysis*, Chevron describes "an on-column precipitation coupled with an evaporative light scattering detector (ELSD)."

*Energy Fuels* **2010**, 24, 4369–4374 · DOI:10.1021/ef100478y
Published on Web 07/28/2010

## energy&fuels
article

## Asphaltene Stability in Crude Oils and Petroleum Materials by Solubility Profile Analysis

Estrella Rogel,* Cesar Ovalles, and Michael Moir

*Chevron Energy Technology Company, 100 Chevron Way, Richmond, California 94802*

*Received April 15, 2010. Revised Manuscript Received July 6, 2010*

A new method to evaluate the colloidal stability of crude oils and related products was developed on the basis of the evaluation of the solubility profile or solubility distribution of asphaltenes in these materials. The new method uses an on-column precipitation coupled with an evaporative light scattering detector (ELSD). The new method requires a small amount of sample, takes only 35 min to perform, and can work for asphaltene concentrations as low as 500 ppm. Using this method, different patterns for asphaltene solubility profile distributions were found depending upon the origin and processing history of the samples. Extracted asphaltenes from virgin and processed materials exhibit uni- and bimodal distributions, respectively. On-column precipitated asphaltenes usually have bimodal distributions, where the separation between the peaks is related to the colloidal stability of the asphaltenes. In general, asphaltenes from unstable materials are characterized by wider solubility profile distributions than asphaltenes from stable materials. A characteristic parameter of the solubility profile distribution, $\Delta PS$, can be obtained and correlated to the colloidal stability of the samples.

Reference 8 at 4369.

64.    The article reports the use of a stainless-steel column containing stationary PTFE, an inert material, with n-heptane as the mobile phase to induce precipitation of asphaltenes upon injection of the crude-oil solution.  The maltenes elute first, leaving the precipitated asphaltenes

retained within the PTFE.

> **Solubility Profile of Asphaltenes by the On-Column Method.** Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using *n*-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in *n*-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure *n*-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.
>
> The proposed procedure redissolves the asphaltenes gradually from easy to dissolve (low-solubility parameter) to hard to dissolve (high-solubility parameter). Both maltenes and asphaltenes can be quantified using an ELSD, as can be seen in Figure 2. In the case of the asphaltenes, the result is a curve that represents the solubility distribution of the asphaltenes.

Reference 8 at 4370.

> A stainless-steel column with the following dimensions is used: 10 mm inner diameter × 250 mm and 10 mm inner diameter × 100 mm. The packing material of the column is commercially available polytetrafluoroethylene (PTFE), which is sieved to 40−60 mesh.

Reference 8 at 4371.



**Figure 1.** Scheme of asphaltene separation using the on-column method.

Reference 8 at 4370.

19

65.     The article further explains that, after precipitation, the method proceeds by gradually modifying the solvent mobile phase—transitioning from heptane to mixtures such as 90:10 methylene chloride/methanol and then to 100% methanol—in order to dissolve multiple portions of the precipitated asphaltenes according to their differing solubility parameters.  These eluted portions form a dissolved solution that is then analyzed by the ELSD.

> The solubility profile method consists of precipitating the asphaltenes in a column using $n$-heptane and then gradually modifying the solvent mobile phase, so that the asphaltenes eluted from the column at each time are related to the solvent power of the mobile phase. In this way, it is possible to produce a response that can be associated with the solubility distribution of asphaltenes or solubility profile. During these experiments, it was found that the characteristics of the solubility profile can be quantitatively correlated to stability measurements.

> **Solubility Profile of Asphaltenes by the On-Column Method.** Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using $n$-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in $n$-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure $n$-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.
> The proposed procedure redissolves the asphaltenes gradually from easy to dissolve (low-solubility parameter) to hard to dissolve (high-solubility parameter). Both maltenes and asphaltenes can be quantified using an ELSD, as can be seen in Figure 2. In the case of the asphaltenes, the result is a curve that represents the solubility distribution of the asphaltenes.

Reference 8 at 4370.

66.     Through these redissolution steps, the method produces a characteristic solubility distribution or solubility profile of the asphaltenes, that represents the solubility distribution of the asphaltenes.

> The solubility profile method consists of precipitating the asphaltenes in a column using *n*-heptane and then gradually modifying the solvent mobile phase, so that the asphaltenes eluted from the column at each time are related to the solvent power of the mobile phase. In this way, it is possible to produce a response that can be associated with the solubility distribution of asphaltenes or solubility profile. During these experiments, it was found that the characteristics of the solubility profile can be quantitatively correlated to stability measurements.

. . .

> The proposed procedure redissolves the asphaltenes gradually from easy to dissolve (low-solubility parameter) to hard to dissolve (high-solubility parameter). Both maltenes and asphaltenes can be quantified using an ELSD, as can be seen in Figure 2. In the case of the asphaltenes, the result is a curve that represents the solubility distribution of the asphaltenes.

Reference 8 at 4370.

67.    The ELSD monitors the concentration of each eluted fraction, enabling determination of a solubility profile for the precipitated asphaltenes and allowing Chevron to compute stability parameters—including correlations to ASTM stability metrics—which the article highlights as directly useful for evaluating the stability of crude oils and processed petroleum materials.

In the present work, a new analytical method is developed to determine solubility profiles of asphaltenes using an on-column method coupled with an evaporative light scattering detector (ELSD), as devised by Schabron and Rovani.[16] On-column separation of asphaltenes was first reported by Bod-uszynski et al.[17] In this early work, coal samples were dispersed in Teflon, and this material was used as the packing for a glass column. A sequence of $n$-hexane, toluene, and pyridine solvents was used to elute the fractions. Rather recently, Schabron and Rovani[16] improved the technique by precipitating the asphaltenes inside the column, adding a new detection system and optimizing the inert quality of the packing material. They developed the technique so that it could be used to determine asphaltene content and also to obtain asphaltene solubility fractions. The solubility profile method used in the present work is a modification of the work made by Rogel et al.[18] that uses methylene chloride/methanol to redissolve asphaltenes instead of methylene chloride, as in the original technique.[15]

. . .

The solubility profile method consists of precipitating the asphaltenes in a column using $n$-heptane and then gradually modifying the solvent mobile phase, so that the asphaltenes eluted from the column at each time are related to the solvent power of the mobile phase. In this way, it is possible to produce a response that can be associated with the solubility distribution of asphaltenes or solubility profile. During these experiments, it was found that the characteristics of the solubility profile can be quantitatively correlated to stability measurements.

Reference 8 at 4370.

**Evaluation of Stability Using the Solubility Profile Method.** Stability problems in crude oils and related materials can be attributed to the immiscibility of the molecules that compose those materials. It has been established[1] that the capacity of a material to act as a solvent for a substance can be estimated by a comparison of their solubility parameters. The closer their values, the more likely they are to be miscible. Two substances with solubility parameters different enough so that they are immiscible can be mutually solubilized by the addition of a third component, whose solubility parameter

lies between the solubility parameters of the two substances.[1] This concept is summarized in Figure 9.

On the basis of these experimental facts, it is possible to suppose that there are two main causes of instability on the petroleum materials mentioned above: (1) the presence of molecules with a high solubility parameter and (2) the absence of molecules to act as an intermediate material between high solubility parameter asphaltenes and the dispersion medium.

The asphaltene solubility profile method could be useful to study both causes. It can be used to evaluate the presence of high solubility parameter asphaltenes and the lack of intermediate material that helps in the peptization of the former molecules. In this work, we develop a criterion to quantify the stability based on the area distribution. It consists of calculating the cumulative percentage area for the whole asphaltene distribution and then determining how much time it takes to elute the material corresponding to the 50% middle area of the distribution. Mathematically, this concept is represented by the following equation:

$$\Delta PS = t(75\%) - t(25\%) \qquad (3)$$

where $t(75\%)$ and $t(25\%)$ represent the time that it takes to elute the material corresponding to 75 and 25% area, respectively.

The repeatability of this measurement was determined using a reference sample, a Venezuelan heavy crude oil. In 35 tests performed along more than 3 months in the same sample, it was found that the standard deviation for the mean $\Delta PS$ value (1.50) was 0.05 (approximately 4%), with 67% of the test values within $\pm\sigma$, and 99% of the test values within $\pm 2\sigma$. These values indicate a normal distribution for the measurements.

Reference 8 at 4373.

### Conclusions

(1) A new analytical method was developed to determine the solubility profile of asphaltenes from different sources. This method uses an on-column precipitation technique coupled with an ELSD. It uses a small amount of sample, takes 35 min to perform, and is appropriate for asphaltene concentrations as low as 500 ppm, while traditional methods cannot be used for concentrations lower than 1−2%. The new method can be automated and also can be used online. (2) Different patterns for asphaltene solubility profiles were found, depending upon the origin and processing history of the samples. Extracted asphaltenes from virgin and processed materials exhibit uni- and bimodal distributions, respectively. On-column precipitated asphaltenes generally have bimodal distributions, where the separation between the peaks is related to the colloidal stability of the asphaltenes. In general, asphaltenes from unstable materials are characterized by wider solubility profile distributions than asphaltenes from stable materials. (3) A characteristic parameter of the solubility profile distribution, $\Delta PS$, can be obtained and correlated to the colloidal stability of the samples. This parameter is comparable to the $p_a$ and $P$ parameters obtained using stability method ASTM D6703. However, ASTM D6703 is not able to provide a ranking for unstable samples, while the new method can provide this additional information. (4) On the basis of the results obtained, this method is a good candidate for monitoring processes in the petroleum industry where the stability of feeds and/or products is a key factor in the control of fouling and/or sedimentation problems.

Reference 8 at 4374.

68.    Chevron has continued to publish on related or similar methods of this "on-column" method continuously, using the on-column method in connection with its publications at least as recently as 2023.  *See, e.g.*, Estrella Rogel, Cesar Ovalles & Michael Moir, *Asphaltene Chemical Characterization as a Function of Solubility: Effects on Stability and Aggregation*, 26 Energy &

24

Fuels 2655 (2012) (hereinafter, "Reference 11"); Cesar Ovalles et al., *Predicting Reactivity of Feedstocks to Resid Hydroprocessing Using Asphaltene Characteristics*, 27 Energy & Fuels 6552 (2013) (hereinafter, "Reference 12"); Estrella Rogel et al., *Comparing Asphaltenes: Deposit versus Crude Oil*, 147 Fuel 155 (2015) (hereinafter, "Reference 13"); Cesar Ovalles et al., *Predicting Coke Morphology in Delayed Coking from Feed Characteristics*, 263 Fuel 116739, 116739 (2020) ("Reference 1"); Martha L. Chacon-Patino et al., *Vanadium and nickel distributions in Pentane, In-between C5-C7 Asphaltenes, and heptane asphaltenes of heavy crude oils*, 292 Fuel 1 (2021) ("Reference 14"); Cesar Ovalles et al., *In-situ upgrading of heavy crude oils via solvent deasphalting using of nickel oxide nanoparticles as asphaltene co-precipitants*, 313 Fuel 1, 2 (2022) ("Reference 15"); Kaustav Chaudhuri et al., *New optical microscopy method for determining the influence of feedstock composition on the morphology of microcarbon residue test petroleum cokes*, 213 Carbon 1, 2 (2023) ("Reference 16").

69.     Chevron also published extensively about a similar method that Chevron labeled an "in-line filter" method, which merely exchanges the PTFE-containing column from the on-column method for a filter.  For example, Chevron's article titled *Asphaltene Content by the In-Line Filtration Method* describes a very similar sequence of precipitating asphaltenes, isolating the precipitated solids, redissolving them with a stronger solvent, and quantifying the dissolved material with an evaporative light-scattering detector.

## Asphaltene content by the in-line filtration method

Estrella Rogel [*], Cesar Ovalles, Janie Vien, Michael Moir

Chevron Energy Technology Company, Richmond, CA 94801, USA



Reference 6 at 204.

70.    The article explains that crude-oil samples are injected into a flow of heptane, which "induces the precipitation of asphaltenes as soon as the sample enters into contact with the heptane." In the same passage, Chevron notes that the maltenes pass through the filter, reach the detector, and leave the precipitated asphaltenes retained in the filtration device. After precipitation, the method "switches the mobile phase to a solvent with a high solvent power (i.e. dichloromethane/methanol 90/10 v/v)," which "redissolves the asphaltenes" so they can be carried to the detector.

26

*2.2. Asphaltene determination by the in-line filtration method*

Fig. 1 shows a scheme of the method. In a standard experiment, for samples with estimated asphaltene (extracted with heptane) content larger than 1 wt%, a solution of 1 wt% of the sample in dichloromethane or toluene (if the sample is highly paraffinic) is used. For samples with estimated asphaltene contents lower than 1 wt%, a solution of 10 wt% is prepared. For gravimetric asphaltenes, a solution of 0.1 wt% is prepared. No further preparation of the sample is required. The solution is injected into a flow of heptane and passed through a filter. A typical injection volume is 4 µL. Heptane induces the precipitation of asphaltenes as soon the sample enters into contact with the heptane. Precipitated asphaltenes are retained by the filter while maltenes pass through it reaching the detector. Then, the mobile phase is switched to a solvent with a high solvent power (i.e. dichloromethane/methanol 90/10 v/v). This blend redissolves the asphaltenes, and as they reach the detector, they are quantified. This procedure is similar to the one

used before in our group, but the filter has replaced the column previously used [6].

The method uses HPLC equipment consisting of a HP Series 1100 chromatograph and an Alltech ELSD 2000 detector. In this work, the drift tube temperature in the detector was maintained at 75 °C.

Fig. 1 also shows a typical result obtained for a crude oil. In this plot, the first peak (~0.2 min) corresponds to elution of maltenes while the second peak (~2.6 min) corresponds to the elution of asphaltenes. Only the second peak is quantified due to the limitations of the ELSD [6].

Reference 6 at 204–05.



**Fig. 1.** Scheme of the in-line filtration method.

Reference 6 at 204.

71.    The article explains the occasional use of two filters in series to separate precipitated solids from the remnant liquid and then measure the redissolved fraction using ELSD. The resulting chromatogram shows two distinct peaks: the first corresponding to maltenes and the second corresponding to redissolved asphaltenes.

> Even though we injected gravimetrically separated asphaltenes, it was found that all filters produced maltene peaks. This finding indicates that the filters were not able to retain the asphaltenes completely. In fact, for Filter #1, the area of asphaltenes represented just between 60% and 65% of the total. Filter #3 showed an even worst retention problem: the area of asphaltenes represents between 20% and 40% of the total area. This situation improved dramatically when Filter #2 was used. The reasons for these differences in performance are related to filter structure and pore size distribution. These factors greatly affect the efficiency of the retention [18]. However, even for Filter #2, a small maltene peak was also observed depending on the amount injected (up to 4% of the total area). This problem was solved by using two filters in series. This assembly produces only asphaltene peaks independently of the concentration and flow rate, and it was used in the rest of the experiments described in this work.

Reference 6 at 205.

72.    Chevron explains that a filter performs the same functional role as the column previously used: it retains the heptane-precipitated asphaltenes via its stationary phase while allowing the maltenes to pass through for purposes of onstream precipitation, retention, and redissolution of asphaltenes.

> ## 3.1. Filter testing
>
> In order to obtain a suitable replacement for the inert columns, several different commercially available filters were evaluated. Table 1 shows the main characteristics of the tested filters. Only filters with nominal pore sizes smaller than 1 μm were examined based on the classical definition of the limit for particle sizes in colloidal solutions. Based on this definition, it is assumed that smaller particles are solubilized in the media.

Reference 6 at 205.

. . .

> This blend redissolves the asphaltenes, and as they reach the detector, they are quantified. This procedure is similar to the one

> used before in our group, but the filter has replaced the column previously used [6].

Reference 6 at 204–05.

73.    Chevron's article titled *Asphaltene Solubility Properties by the In-Line Filtration Method* describes a very similar sequence of precipitating asphaltenes, isolating the precipitated solids, redissolving them with a stronger solvent, and quantifying the dissolved material with an evaporative light-scattering detector and evaluating solubility and stability properties.



## Asphaltene Solubility Properties by the In-Line Filtration Method

Estrella Rogel,[*] Cesar Ovalles, Janie Vien, and Michael Moir

Chevron Energy Technology Company, Richmond, California 94801, United States

**ABSTRACT:** In this work, we report the development of a new analytical method for the evaluation of the solubility profile of asphaltenes. This new method uses a high-pressure liquid chromatograph, but instead of using a column as expected in liquid chromatography, it uses a commercial filter to retain the precipitated asphaltenes. The retained asphaltenes are redissolved in a gradual manner from those that are "easy to dissolve" (low solubility parameter) to those that are "difficult to dissolve" (high solubility parameter) and quantified using a chromatographic detector. The response obtained in this way is related to asphaltene stability and can be used to determine the tendency toward precipitation of the material as well as the solubility characteristics of the asphaltenes present in the sample. The use of commercial filters instead of a column to determine the solubility profile of asphaltenes improves the repeatability, reduces cost, and simplifies the application of the method to routine analyses. The in-line filtration method produces comparable results to those obtained by a conventional titration technique, but the new method is faster and simpler and requires a small amount of sample to perform. Additionally, the method provides a distribution for asphaltenes that is easy to measure and does not require previous separation of the sample before the test. All of these characteristics indicate that the in-line filtration solubility profile can be easily implemented to monitor the stability of feeds or products during refinery operations.

Reference 3 at 6363.

74.    Upon information and belief, Chevron uses these methods to determine asphaltene stability in crude oil.







*See* Sherry Alfonso, *Chevron's Crude Oil Assay Program*, Presentation at Aveva World 2023 (Oct. 25, 2023), https://cdn.osisoft.com/osi/presentations/2023-AVEVA-San-Francisco/UC23NA-2AAU05-Chevron-Alfonso-Chevron-Crude-oil-assay-program-overview.pdf (hereinafter, "Reference 17").

75.    Similarly, in 2025, Chevron and Agilent published an application note describing an asphaltene-analysis setup that uses the Agilent InfinityLab Quick Change in-line filter assembly—a stainless-steel, high-pressure flow-through device containing a 4.6 mm, 0.5 µm frit

that captures heptane-insoluble asphaltenes.  The note confirms that the "filter" serves as the primary retention medium, holding the asphaltenes until a strong solvent (toluene) is introduced to release them.

## Introduction

The Agilent 1260 Infinity III LC system with Agilent 1260 Infinity III evaporative light scattering detector was used to evaluate heptane-insoluble asphaltenes in crude oil. The separation of maltenes and asphaltenes is enabled using Agilent InfinityLab Quick Change inline filters for HPLC. The test solution was injected into a flow of heptane under normal phase HPLC conditions using an inline filter (see Figure 1). The precipitation of asphaltenes is induced as soon as the sample enters the flow of the heptane between the autosampler and inline filter. Precipitated asphaltenes are retained by the inline filter (4.6 mm ID, 0.5 μm porosity) while maltenes pass through to the detector. When the mobile phase is flashed from heptane to a solvent with a high solvent power (e.g., toluene), the blend redissolves the asphaltenes. The concentration of asphaltenes is quantified using evaporative light scattering detection. This method is fast, repeatable, and reproducible, with excellent sensitivity and detection limits.



US Patent 10,907,473 and Fuel 171, 203.

**Figure 1.** Flow diagram of HPLC.

# Experimental

**Table 1.** Hardware and consumables.

| Hardware | Part Number |
|---|---|
| Agilent 1260 Infinity II flexible pump | G7111B |
| Agilent 1260 Infinity II vial sampler | G7129A |
| Agilent 1260 Infinity II multicolumn thrmostat | G7116A |
| Agilent 1260 Infinity II evaporative light scattering detector (ELSD) | G7102A |
| Agilent OpenLab CDS | MB414AA |

| Consumables | Part Number |
|---|---|
| Agilent InfinityLab Quick Change in-line filter assembly for HPLC | 5067-1602 |
| Agilent 5 filter discs 4.6 mm ID, 0.5 μm porosity | 5067-1603 |
| Heptane, HPLC, Millipore | 34873 |
| Toluene, HPLC, Millipore Sigma | 5190-6896 |
| Agilent vials, screw top, clear, 20 mL, 23 x 75 mm, 100/pk (18 mm cap) | 5188-2753 |

Agilent Technologies, Inc. & Chevron Energy Technology Co., *Determination of Asphaltenes in Crude Oil Using the Agilent 1260 Infinity III LC System with ELSD*, Application Note No. 5994-8125EN (Feb. 5, 2025) (hereinafter, "Reference 18")



*See* Agilent Technologies, *InfinityLab Quick Change Inline Filters for HPLC and UHPLC*,

https://www.agilent.com/en/product/liquid-chromatography/hplc-supplies-accessories/pump-degasser-supplies-for-hplc/infinitylab-quick-change-inline-filter.

## High Efficiency, Easy to Use Filter Discs

### Variety of dimensions and porosities

Filter discs are available in 2.1 mm and 4.6 mm inner diameters with different pore sizes. The filter housing is compatible with all types of filter discs.

### Touchless packaging to avoid potential contamination

Uniquely designed packaging lets you insert the filter disc into filter housing without touching it to avoid potential contamination.

### In-situ replacement of filter disc

No need to disconnect the inline filter from the system.



| 2.1 mm | 2.1 mm | 4.6 mm | 4.6 mm | 4.6 mm |
| 0.2 μm | 0.5 μm | 0.2 μm | 0.5 μm | 2.0 μm |

Figure 2. Dimensions and porosities of filter discs.

### Ordering Information

| Part Number | Inline Filter Assemblies |
|---|---|
| 5067-1603 | InfinityLab Quick Change inline filter assembly for UHPLC (incl. 5 filter discs 2.1 mm id, 0.2 μm porosity), with 90 mm flexible capillary |
| 5067-1602 | InfinityLab Quick Change inline filter assembly for HPLC (incl. 5 filter discs 4.6 mm id, 0.5 μm porosity), with 90 mm flexible capillary |
| 5067-1606 | InfinityLab Quick Change inline filter assembly with rigid capillary for HPLC (incl. 5 filter discs 4.6 mm id, 0.5 μm porosity) |
| 5067-1607 | InfinityLab Quick Change inline filter assembly with rigid capillary for UHPLC (incl. 5 filter discs 2.1 mm id, 0.2 μm porosity) |
|  | **Filter Discs** |
| 5067-1610 | Filter discs, 2.1 mm id, 0.2 μm porosity, 5/pk |
| 5067-1611 | Filter discs, 2.1 mm id, 0.5 μm porosity, 5/pk |
| 5067-1612 | Filter discs, 4.6 mm id, 0.2 μm porosity, 5/pk |
| 5067-1613 | Filter discs, 4.6 mm id, 0.5 μm porosity, 5/pk |
| 5067-1614 | Filter discs, 4.6 mm id, 2.0 μm porosity, 5/pk |
|  | **Replacement Capillaries** |
| 5023-3344 | Capillary, stainless steel, 0.12 mm id, 90 mm length, 2x extra-long fittings, pre-swaged on one end, non-swaged on the other end, for inline filter for UHPLC |
|  | **Quick Turn Fitting** |
| 5067-5966 | Quick Turn Fitting |
| 5043-0924 | Ferrule for Quick Turn Fitting |

Agilent Technologies, InfinityLab Quick Change Inline Filter (Flyer No. 5994-3028EN), https://www.agilent.com/cs/library/flyers/public/flyer-Inlinefilter-InfinityLab-5994-3028EN-agilent.pdf.



| Specifications | | | |
|---|---|---|---|
| Application Compatibility | Analytical | | |
| Brand | InfinityLab | | |
| Filter Assembly Material | Stainless Steel | | |
| Filter Material | Stainless Steel | | |
| Inner Diameter (ID) | 4.6 mm | | |
| Module Compatibility | Autosampler | Column Compartment | Pump |
| Pore Size | 0.5 µm | | |
| Pressure Limit | 1300 bar | | |
| Product Type | Filter disc | | |
| Technique | LC | | |
| UNSPSC Code | 41115700 | | |

Agilent Technologies, InfinityLab Quick Change Inline Filters (Part No. 5067-1613), https://www.agilent.com/store/productDetail.jsp?catalogId=5067-1613.

76.     Chevron has authored a number of publications describing the use of the in-line filter method using Agilent's technology.  *See, e.g.*, Estrella Rogel et al., *Effect of Aging on Deposit Characteristics Obtained by Crude Oil Blending*, 37 Energy & Fuels 1848, 1849 (2023) ("Reference 19").

77.     Chevron has commercialized the infringing methods and seeks to standardize them in collaboration with Agilent.



## Advancing Crude Oil Characterization: Agilent and Chevron Collaborate to Develop a New ASTM Test Method for Asphaltene Analysis

**George Gonzalez, FRSC, CChem** in
Global Energy & Chemical Markets Leader | ASTM Standards Architect | FRSC, CChem | Advancing Analytical Excellence & Standards Adoption

March 5, 2025

Accurate determination of asphaltene content in crude oil is critical for refinery operations, crude oil valuation, and production optimization. Asphaltenes—heavy molecular fractions in crude—can impact processing efficiency, pipeline flow assurance, and product quality. A precise and reproducible test method is essential to effectively manage these challenges.

Recognizing the industry's need for improved analytical capabilities, Agilent Technologies and Chevron have collaborated to develop and commercialize a new ASTM test method for determining asphaltene content in crude oil using High-Performance Liquid Chromatography with Evaporative Light Scattering Detection (HPLC-ELSD). This innovative approach builds upon a Chevron-patented methodology, providing accurate, quantitative results over a wide dynamic range, from as low as 300 ppm to over 25% asphaltene content.

George Gonzalez, *Advancing Crude Oil Characterization: Agilent and Chevron Collaborate to Develop a New ASTM Test Method for Asphaltene Analysis*, LinkedIn (Mar. 5, 2025), https://www.linkedin.com/pulse/advancing-crude-oil-characterization-agilent-chevron-develop-george-kcroc/?trackingId=lriW%2BhojSkm02NOWaiOqSw%3D%3D.

**ASTM WK87226** ⓘ

**New Test Method for Test Method for Determination of Asphaltene Content in Crude Petroleum and Petroleum Products by High Performance Liquid Chromatography with Evaporative Light Scattering Detector**

**1. Scope**

This test method covers a procedure for the determination of the heptane insoluble asphaltene content of gas oil, diesel fuel, residual fuel oils, lubricating oil, bitumen, and crude petroleum using high performance liquid chromatography - evaporative light scattering detector (HPLC-ELSD).

ASTM International, WK87226: New Test Method for Determination of Asphaltene Content in Crude Petroleum and Petroleum Products by High Performance Liquid Chromatography with Evaporative Light Scattering Detector, https://www.astm.org/membership-participation/technical-committees/workitems/workitem-wk87226.

**COUNT I: INFRINGEMENT OF THE '464 PATENT**

78. Plaintiff incorporates the allegations of all of the foregoing paragraphs as if fully restated herein.

79. The following allegations are based on publicly available information Chevron's activities. For example, upon information and belief, Chevron is performing the method described in its 2010 publication—Estrella Rogel, Cesar Ovalles & Michael Moir, *Asphaltene Stability in Crude Oils and Petroleum Materials by Solubility Profile Analysis*, 24 Energy & Fuels 4369 (2010) ("Reference 8")—and subsequent similar publications ("On-Column Method"); *see also* Martha L. Chacon-Patino et al., *Vanadium and nickel distributions in Pentane, In-between C5-C7 Asphaltenes, and heptane asphaltenes of heavy crude oils*, 292 Fuel 1 (2021) ("Reference 14"); Cesar Ovalles et al., *In-situ upgrading of heavy crude oils via solvent deasphalting using of nickel oxide nanoparticles as asphaltene co-precipitants*, 313 Fuel 1, 2 (2022) ("Reference 15"); Kaustav Chaudhuri et al., *New optical microscopy method for determining the influence of feedstock*

38

*composition on the morphology of microcarbon residue test petroleum cokes*, 213 Carbon 1, 2 (2023) ("Reference 16").

80.     As another example, upon information and belief, Chevron is performing the method described in its 2016 publication—Estrella Rogel, Cesar Ovalles, Janie Vien & Michael Moir, *Asphaltene Content by the In-Line Filtration Method*, 171 Fuel 203 (2016) ("Reference 6")—and other similar publications—for example, Estrella Rogel et al., *Asphaltene Solubility Properties by the In-Line Filtration Method*, 29 Energy & Fuels 6363 (2015) ("Reference 3") and Agilent Technologies, Inc. & Chevron Energy Technology Co., *Determination of Asphaltenes in Crude Oil Using the Agilent 1260 Infinity III LC System with ELSD*, Application Note No. 5994-8125EN (Feb. 5, 2025) ("Reference 17") (collectively, the "In-Line Filter Method"). Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the On-Column Method and In-Line Filter Method (collectively, "the Accused Methods") obtained during discovery.

81.     The '464 patent, entitled "Processing and Analysis Techniques Involving In-Vessel Material Generation," issued on January 25, 2011, and names John F. Schabron and Joseph F. Rovani, Jr., as inventors.  The '464 patent is attached as Exhibit A.

82.     WRI owns all rights, title, and interest in the '464 patent, and holds all substantial rights pertinent to this suit, including the right to sue and recover for all past, current, and future infringement.

83.     The '464 patent is valid, enforceable, and directed to patentable subject matter.

84.     The notice provisions of 35 U.S.C. § 287 do not apply in this case for the '464 patent, and therefore WRI has satisfied its obligations under 35 U.S.C. § 287 with respect to the '464 patent.

39

85. Chevron has infringed and continues to infringe one or more claims of the '464 patent by using the Accused Methods in this District and elsewhere in the United States.

86. The Accused Methods are processes patented in one or more claims of the '464 patent during the term of the patent.

87. Plaintiff provides the following explanation of infringement with regard to an exemplary claim compared to exemplary functionality in a representative product. Plaintiff reserves the right to present additional or alternative explanations of infringement for the claim and functionalities identified below and for other claims and functionalities of the Accused Methods.

## A.     On-Column Method

88. Claim 1 of the '464 patent recites the following elements of "[a] method comprising the steps of": "providing a vessel having a substantially chemically inert stationary phase established therein and having at least one vessel inlet." The Accused Methods practice this element.

89. Using the On-Column Method, Chevron provides a vessel comprising a column filled with an inert stationary material with an inlet where injection occurs.



Figure 1. Scheme of asphaltene separation using the on-column method.

Reference 8 at 4370.

**Solubility Profile of Asphaltenes by the On-Column Method.** Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using $n$-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in $n$-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure $n$-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.

Reference 8 at 4370.

90.     Claim 1 of the '464 patent recites: "inputting a precipitant solvent into said vessel through at least one vessel inlet." The Accused Methods practice this element.

91.     Using the On-Column Method, Chevron inputs $n$-heptane into a column.

41

> **Solubility Profile of Asphaltenes by the On-Column Method.** Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using *n*-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in *n*-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure *n*-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.

Reference 8 at 4370.

92.   Claim 1 of the '464 patent recites: "inputting a solution into said vessel through at least one vessel inlet." The Accused Methods practice this element.

93.   Using the On-Column Method, Chevron inputs a solution comprising a petroleum sample into the column.

> **Solubility Profile of Asphaltenes by the On-Column Method.** Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using *n*-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in *n*-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure *n*-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.

Reference 8 at 4370.



Figure 1. Scheme of asphaltene separation using the on-column method.

Reference 8 at 4370.

94.    Claim 1 of the '464 patent recites: "intentionally precipitating asphaltenes within said vessel and in the presence of said substantially chemically inert stationary phase, wherein said substantially chemically inert stationary phase is substantially chemically inert relative to said asphaltenes."  The Accused Methods practice this element.

95.    Using the On-Column Method, Chevron adds *n*-heptane to the column to cause precipitation of the asphaltenes within the column containing inert material (*e.g.*, PTFE).

> **Solubility Profile of Asphaltenes by the On-Column Method.**
> Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using *n*-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in *n*-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure *n*-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.

Reference 8 at 4370.

43

> A stainless-steel column with the following dimensions is used: 10 mm inner diameter × 250 mm and 10 mm inner diameter × 100 mm. The packing material of the column is commercially available polytetrafluoroethylene (PTFE), which is sieved to 40−60 mesh.

Reference 8 at 4371.

> sites[61]. In PTFE coating, there is no interaction between fluorine in PTFE coating and asphaltene particles, and therefore the amount of asphaltene deposition in PTFE superhydrophobic coating will be less than nanosilica superhydrophobic coating. In this experiment, due to high the concentration and opacity of the solution, the movement of asphaltene particles at a concentration of 2000 ppm at the beginning and end of the experiment was not observed. As the concentration of asphaltene decreased, the movement of the particles in the form of

Mohammad Haji-Savameri et al., *Experimental Study and Modelling of Asphaltene Deposition on Metal Surfaces with Superhydrophobic and Low Sliding Angle Inner Coatings*, 11 Sci. Rep., No. 16812, at 9 (2021), https://doi.org/10.1038/s41598-021-95657-5 (hereinafter, "Reference 20").

96.    Claim 1 of the '464 patent recites: "generating a remnant liquid upon performing said step of intentionally precipitating said asphaltenes."

97.    The Accused Methods practice this element.

98.    Using the On-Column Method, Chevron generates an eluted fraction comprising maltenes which are dissolved in *n*-heptane.

> **Solubility Profile of Asphaltenes by the On-Column Method.** Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using *n*-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in *n*-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure *n*-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.

Reference 8 at 4370.

99.    Claim 1 of the '464 patent recites: "inputting a material dissolving solvent into said

vessel through at least one vessel inlet." The Accused Methods practice this element.

100. Using the On-Column Method, Chevron inputs a solvent mobile phase into the column comprising methylene chloride and methanol.

> **Solubility Profile of Asphaltenes by the On-Column Method.** Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using $n$-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in $n$-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure $n$-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.
>
> The proposed procedure redissolves the asphaltenes gradually from easy to dissolve (low-solubility parameter) to hard to dissolve (high-solubility parameter). Both maltenes and asphaltenes can be quantified using an ELSD, as can be seen in Figure 2. In the case of the asphaltenes, the result is a curve that represents the solubility distribution of the asphaltenes.

Reference 8 at 4370.

101. Claim 1 of the '464 patent recites: "dissolving at least a portion of said asphaltenes with said material dissolving solvent to generate a dissolved material solution." The Accused Methods practice this element.

102. Using the On-Column Method, Chevron inputs a solvent mobile phase into the column comprising methylene chloride and methanol that dissolves asphaltenes to generate a dissolved material solution.

45

> Solubility Profile of Asphaltenes by the On-Column Method. Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using *n*-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in *n*-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure *n*-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.
>
> The proposed procedure redissolves the asphaltenes gradually from easy to dissolve (low-solubility parameter) to hard to dissolve (high-solubility parameter). Both maltenes and asphaltenes can be quantified using an ELSD, as can be seen in Figure 2. In the case of the asphaltenes, the result is a curve that represents the solubility distribution of the asphaltenes.

Reference 8 at 4370.

**B.    In-Line Filter Method**

103.    Claim 1 of the '464 patent recites the following elements of "[a] method comprising the steps of": "providing a vessel having a substantially chemically inert stationary phase established therein and having at least one vessel inlet."  The Accused Methods practice this element.

104.    Using the In-Line Filter Method, Chevron provides a vessel comprising a filter with an inlet and a filter including substantially chemically inert material established therein.



Reference 6 at 204.



Reference 18 at 2.



**High Efficiency, Easy to Use Filter Discs**

**Variety of dimensions and porosities**

Filter discs are available in 2.1 mm and 4.6 mm inner diameters with different pore sizes. The filter housing is compatible with all types of filter discs.

**Touchless packaging to avoid potential contamination**

Uniquely designed packaging lets you insert the filter disc into filter housing without touching it to avoid potential contamination.

**In-situ replacement of filter disc**

No need to disconnect the inline filter from the system.

| 2.1 mm | 2.1 mm | 4.6 mm | 4.6 mm | 4.6 mm |
| 0.2 µm | 0.5 µm | 0.2 µm | 0.5 µm | 2.0 µm |

Figure 2. Dimensions and porosities of filter discs.

## Ordering Information

| Part Number | Inline Filter Assemblies |
| --- | --- |
| 5067-1603 | InfinityLab Quick Change inline filter assembly for UHPLC (incl. 5 filter discs 2.1 mm id, 0.2 µm porosity), with 90 mm flexible capillary |
| 5067-1602 | InfinityLab Quick Change inline filter assembly for HPLC (incl. 5 filter discs 4.6 mm id, 0.5 µm porosity), with 90 mm flexible capillary |
| 5067-1606 | InfinityLab Quick Change inline filter assembly with rigid capillary for HPLC (incl. 5 filter discs 4.6 mm id, 0.5 µm porosity) |
| 5067-1607 | InfinityLab Quick Change inline filter assembly with rigid capillary for UHPLC (incl. 5 filter discs 2.1 mm id, 0.2 µm porosity) |
| | **Filter Discs** |
| 5067-1610 | Filter discs, 2.1 mm id, 0.2 µm porosity, 5/pk |
| 5067-1611 | Filter discs, 2.1 mm id, 0.5 µm porosity, 5/pk |
| 5067-1612 | Filter discs, 4.6 mm id, 0.2 µm porosity, 5/pk |
| 5067-1613 | Filter discs, 4.6 mm id, 0.5 µm porosity, 5/pk |
| 5067-1614 | Filter discs, 4.6 mm id, 2.0 µm porosity, 5/pk |
| | **Replacement Capillaries** |
| 5023-3344 | Capillary, stainless steel, 0.12 mm id, 90 mm length, 2x extra-long fittings, pre-swaged on one end, non-swaged on the other end, for inline filter for UHPLC |
| | **Quick Turn Fitting** |
| 5067-5966 | Quick Turn Fitting |
| 5043-0924 | Ferrule for Quick Turn Fitting |

Agilent Technologies, InfinityLab Quick Change Inline Filter (Flyer No. 5994-3028EN), https://www.agilent.com/cs/library/flyers/public/flyer-Inlinefilter-InfinityLab-5994-3028EN-agilent.pdf.



| Specifications | | | |
|---|---|---|---|
| Application Compatibility | Analytical | | |
| Brand | InfinityLab | | |
| Filter Assembly Material | Stainless Steel | | |
| Filter Material | Stainless Steel | | |
| Inner Diameter (ID) | 4.6 mm | | |
| Module Compatibility | Autosampler | Column Compartment | Pump |
| Pore Size | 0.5 μm | | |
| Pressure Limit | 1300 bar | | |
| Product Type | Filter disc | | |
| Technique | LC | | |
| UNSPSC Code | 41115700 | | |

Agilent Technologies, InfinityLab Quick Change Inline Filters (Part No. 5067-1613), https://www.agilent.com/store/productDetail.jsp?catalogId=5067-1613.

**A B S T R A C T**

In this study, the mechanism and kinetics of asphaltene deposition in stainless steel tubes have been studied experimentally using n-heptane as the precipitant. The effects of oil velocity, temperature, and oil–precipitant volumetric dilution ratio on the rate of asphaltene deposition are investigated. Since the adhesion of asphaltenes on to the metal surface is controlled by its transport through the laminar sub layer, our focus was limited to studying the phenomena in laminar flow regime. The concentration of asphaltenes was measured using UV–visible spectrophotometer at 650 nm wavelength. This enabled us to accurately measure the amount and extent of asphaltene deposits in the stainless steel tube. It is observed that the deposition process is often accompanied by significant erosion due to the subsequent dominance of shear forces on the asphaltene deposits. However, the erosion is not complete and a certain layer of asphaltene deposits remain before the deposition process becomes dominant. The initial rate of asphaltene deposition increases with the increase in oil velocity and temperature. The deposition rates increase with the decrease in the oil–precipitant volumetric dilution ratio. The asphaltene deposits were also subjected to X-ray photoelectron spectroscopy to characterize the surface composition of atoms responsible for the interfacial interaction forces due to the surface functional groups. The fundamental interaction forces between asphaltenes and a stainless steel surface was measured by using inverse gas chromatography. The surface energy of stainless steel indicated the amphoteric nature of the surface, with a slightly higher basic component. The surface energy of asphaltenes displayed a very high component of Lifshitz–van der Waals forces. However the polar component of surface energy of asphaltenes could not be measured due to its very strong interaction with the polar probes on account of its polarity.

Naveed Arsalan et al., Characterization of Asphaltene Deposition in a Stainless Steel Tube, 121 J. Petrol. Sci. & Eng. 66 (2014), https://www.researchgate.net/profile/Naveed-Arsalan/publication/263892779_Characterization_of_asphaltene_deposition_in_a_stainless_steel _tube/links/5ff120e1a6fdccdcb8265bbf/Characterization-of-asphaltene-deposition-in-a-stainless-steel-tube.pdf (hereinafter, "Reference 21").

105.    Claim 1 of the '464 patent recites: "inputting a precipitant solvent into said vessel through at least one vessel inlet."  The Accused Methods practice this element.

106.    Using the In-Line Filter Method, Chevron inputs *n*-heptane into the vessel through

an inlet to the vessel.



Reference 6 at 204.



Sample preparation for crude oil samples included adding 0.100 grams of crude oil into a 20 mL vial. 10 mL toluene was volumetrically added and the mixture was mixed well.

US Patent 10,907,473 and Fuel 171, 203.

**Figure 1.** Flow diagram of HPLC.

Reference 18 at 2.

107.    Claim 1 of the '464 patent recites: "inputting a solution into said vessel through at least one vessel inlet." The Accused Methods practice this element.

108.    Using the In-Line Filter Method, Chevron inputs a solution comprising a petroleum sample into the vessel through an inlet.



Reference 6 at 204.



Sample preparation for crude oil samples included adding 0.100 grams of crude oil into a 20 mL vial. 10 mL toluene was volumetrically added and the mixture was mixed well.

Injection point

Heptane

Toluene

Sample Solution

In Line Filter

ELSD Detector

US Patent 10,907,473 and Fuel 171, 203.

**Figure 1.** Flow diagram of HPLC.

Reference 18 at 2.

109.    Claim 1 of the '464 patent recites: "intentionally precipitating asphaltenes within said vessel and in the presence of said substantially chemically inert stationary phase, wherein said substantially chemically inert stationary phase is substantially chemically inert relative to said asphaltenes."  The Accused Methods practice this element.

110.    Using the In-Line Filter Method, Chevron adds *n*-heptane to the vessel to cause precipitation of the asphaltenes within the vessel in the presence of the inert filter material.

**ABSTRACT**

In this work, we report the development of an improved analytical method for the evaluation of asphaltene content. This method uses high performance liquid chromatography (HPLC) but, instead of using a conventional column, it uses a commercially available filter to retain the precipitated asphaltenes that are to be quantified. The in-line filtration method represents a significant improvement with respect to previous methods that use a column packed with an inert packing material to perform the analysis, being more repeatable and reproducible with better sensitivity and as a consequence, lower detection and quantification limits. Additionally, the improved method works at lower flow rates making possible the use of a larger variety of different HPLC detectors and opening the possibility to directly couple it with other analytical techniques such as GPC, MS, ICP that require low flow rates. Filters are commercially available, cheaper, and show low variability that drives a more consistent performance than inert/handmade columns. This in-line filtration method requires small amounts of sample and can take less than 10 min. These characteristics make the use of filters an excellent candidate for monitoring processes in the oil industry where evaluation of asphaltenes is important.

Reference 6 at 203.

*2.2. Asphaltene determination by the in-line filtration method*

Fig. 1 shows a scheme of the method. In a standard experiment, for samples with estimated asphaltene (extracted with heptane) content larger than 1 wt%, a solution of 1 wt% of the sample in dichloromethane or toluene (if the sample is highly paraffinic) is used. For samples with estimated asphaltene contents lower than 1 wt%, a solution of 10 wt% is prepared. For gravimetric asphaltenes, a solution of 0.1 wt% is prepared. No further preparation of the sample is required. The solution is injected into a flow of heptane and passed through a filter. A typical injection volume is 4 µL. Heptane induces the precipitation of asphaltenes as soon the sample enters into contact with the heptane. Precipitated asphaltenes are retained by the filter while maltenes pass through it reaching the detector. Then, the mobile phase is switched to a solvent with a high solvent power (i.e. dichloromethane/methanol 90/10 v/v). This blend redissolves the asphaltenes, and as they reach the detector, they are quantified. This procedure is similar to the one

Reference 6 at 204.



53

Reference 6 at 204.



Sample preparation for crude oil samples included adding 0.100 grams of crude oil into a 20 mL vial. 10 mL toluene was volumetrically added and the mixture was mixed well.

Figure 1. Flow diagram of HPLC.

Reference 18 at 2.

# Experimental

**Table 1.** Hardware and consumables.

| Hardware | Part Number |
| --- | --- |
| Agilent 1260 Infinity II flexible pump | G7111B |
| Agilent 1260 Infinity II vial sampler | G7129A |
| Agilent 1260 Infinity II multicolumn thrmostat | G7116A |
| Agilent 1260 Infinity II evaporative light scattering detector (ELSD) | G7102A |
| Agilent OpenLab CDS | MB414AA |

| Consumables | Part Number |
| --- | --- |
| Agilent InfinityLab Quick Change in-line filter assembly for HPLC | 5067-1602 |
| Agilent 5 filter discs 4.6 mm ID, 0.5 µm porosity | 5067-1603 |
| Heptane, HPLC, Millipore | 34873 |
| Toluene, HPLC, Millipore Sigma | 5190-6896 |
| Agilent vials, screw top, clear, 20 mL, 23 x 75 mm, 100/pk (18 mm cap) | 5188-2753 |

54

Reference 18 at 2.



**Pump & Degasser Supplies for HPLC**

# InfinityLab Quick Change Inline Filters for HPLC and UHPLC

Particles can come from everywhere in the flow path - solvents, samples or worn instrument parts. Over time, particles clog the column frit, causing pressure increases and shorter column lifetime. The InfinityLab Quick Change HPLC inline filter protects valuable columns by capturing particles before they reach the column, extending their use and reducing your cost per sample.

The innovative Quick Change HPLC inline filter enables finger-tight, tool-free replacement of HPLC filter discs. A click sound tells you when your inline solvent filter is tight up to 1300 bar, with no risk of over- or under-tightening. The filter housing is robust for over 100 replacements to reduce operation cost and avoid troubleshooting. Five different dimensions and porosities of HPLC filter discs are available to suit all your needs.

InfinityLab Quick Change inline filter

*See* Agilent Technologies, *InfinityLab Quick Change Inline Filters for HPLC and UHPLC*, https://www.agilent.com/en/product/liquid-chromatography/hplc-supplies-accessories/pump-degasser-supplies-for-hplc/infinitylab-quick-change-inline-filter.



## High Efficiency, Easy to Use Filter Discs

### Variety of dimensions and porosities

Filter discs are available in 2.1 mm and 4.6 mm inner diameters with different pore sizes. The filter housing is compatible with all types of filter discs.

### Touchless packaging to avoid potential contamination

Uniquely designed packaging lets you insert the filter disc into filter housing without touching it to avoid potential contamination.

### In-situ replacement of filter disc

No need to disconnect the inline filter from the system.

| 2.1 mm | 2.1 mm | 4.6 mm | 4.6 mm | 4.6 mm |
| 0.2 μm | 0.5 μm | 0.2 μm | 0.5 μm | 2.0 μm |

Figure 2. Dimensions and porosities of filter discs.

*See also* Agilent Technologies, InfinityLab Quick Change Inline Filter (Flyer No. 5994-3028EN), https://www.agilent.com/cs/library/flyers/public/flyer-Inlinefilter-InfinityLab-5994-3028EN-agilent.pdf.

## Specifications

| | |
|---|---|
| Application Compatibility | Analytical |
| Filter Material | Stainless Steel |

*See* Agilent Technologies, *InfinityLab Quick Change Inline Filters for HPLC and UHPLC*, https://www.agilent.com/en/product/liquid-chromatography/hplc-supplies-accessories/pump-degasser-supplies-for-hplc/infinitylab-quick-change-inline-filter#support.

A B S T R A C T

In this study, the mechanism and kinetics of asphaltene deposition in stainless steel tubes have been studied experimentally using n-heptane as the precipitant. The effects of oil velocity, temperature, and oil–precipitant volumetric dilution ratio on the rate of asphaltene deposition are investigated. Since the adhesion of asphaltenes on to the metal surface is controlled by its transport through the laminar sub layer, our focus was limited to studying the phenomena in laminar flow regime. The concentration of asphaltenes was measured using UV–visible spectrophotometer at 650 nm wavelength. This enabled us to accurately measure the amount and extent of asphaltene deposits in the stainless steel tube. It is observed that the deposition process is often accompanied by significant erosion due to the subsequent dominance of shear forces on the asphaltene deposits. However, the erosion is not complete and a certain layer of asphaltene deposits remain before the deposition process becomes dominant. The initial rate of asphaltene deposition increases with the increase in oil velocity and temperature. The deposition rates increase with the decrease in the oil–precipitant volumetric dilution ratio. The asphaltene deposits were also subjected to X-ray photoelectron spectroscopy to characterize the surface composition of atoms responsible for the interfacial interaction forces due to the surface functional groups. The fundamental interaction forces between asphaltenes and a stainless steel surface was measured by using inverse gas chromatography. The surface energy of stainless steel indicated the amphoteric nature of the surface, with a slightly higher basic component. The surface energy of asphaltenes displayed a very high component of Lifshitz–van der Waals forces. However the polar component of surface energy of asphaltenes could not be measured due to its very strong interaction with the polar probes on account of its polarity.

Reference 21, abstract.

111. Claim 1 of the '464 patent recites: "generating a remnant liquid upon performing said step of intentionally precipitating said asphaltenes." The Accused Methods practice this element.

112. Using the In-Line Filter Method, Chevron generates a fluid of maltenes dissolved

56

in *n*-heptane after the asphaltenes are precipitated in the presence of the filter.

> *2.2. Asphaltene determination by the in-line filtration method*
>
> Fig. 1 shows a scheme of the method. In a standard experiment, for samples with estimated asphaltene (extracted with heptane) content larger than 1 wt%, a solution of 1 wt% of the sample in dichloromethane or toluene (if the sample is highly paraffinic) is used. For samples with estimated asphaltene contents lower than 1 wt%, a solution of 10 wt% is prepared. For gravimetric asphaltenes, a solution of 0.1 wt% is prepared. No further preparation of the sample is required. The solution is injected into a flow of heptane and passed through a filter. A typical injection volume is 4 μL. Heptane induces the precipitation of asphaltenes as soon the sample enters into contact with the heptane. Precipitated asphaltenes are retained by the filter while maltenes pass through it reaching the detector. Then, the mobile phase is switched to a solvent with a high solvent power (i.e. dichloromethane/methanol 90/10 v/v). This blend redissolves the asphaltenes, and as they reach the detector, they are quantified. This procedure is similar to the one

Reference 6 at 204.



Reference 6 at 204.



Reference 18 at 2.

113.    Claim 1 of the '464 patent recites: "inputting a material dissolving solvent into said vessel through at least one vessel inlet."  The Accused Methods practice this element.

114.    Using the In-Line Filter Method, Chevron inputs a solvent mobile phase into the vessel comprising dichloromethane and methanol.

---

*2.2. Asphaltene determination by the in-line filtration method*

Fig. 1 shows a scheme of the method. In a standard experiment, for samples with estimated asphaltene (extracted with heptane) content larger than 1 wt%, a solution of 1 wt% of the sample in dichloromethane or toluene (if the sample is highly paraffinic) is used. For samples with estimated asphaltene contents lower than 1 wt%, a solution of 10 wt% is prepared. For gravimetric asphaltenes, a solution of 0.1 wt% is prepared. No further preparation of the sample is required. The solution is injected into a flow of heptane and passed through a filter. A typical injection volume is 4 µL. Heptane induces the precipitation of asphaltenes as soon the sample enters into contact with the heptane. Precipitated asphaltenes are retained by the filter while maltenes pass through it reaching the detector. Then, the mobile phase is switched to a solvent with a high solvent power (i.e. dichloromethane/methanol 90/10 v/v). This blend redissolves the asphaltenes, and as they reach the detector, they are quantified. This procedure is similar to the one

---

Reference 6 at 204.



Reference 6 at 204.

115.    Claim 1 of the '464 patent recites: "dissolving at least a portion of said asphaltenes with said material dissolving solvent to generate a dissolved material solution."  The Accused Methods practice this element.

116.    Using the In-Line Filter Method, Chevron inputs a mobile phase solvent into the vessel comprising methylene chloride and methanol that dissolves asphaltenes.

### 2.2. Asphaltene determination by the in-line filtration method

Fig. 1 shows a scheme of the method. In a standard experiment, for samples with estimated asphaltene (extracted with heptane) content larger than 1 wt%, a solution of 1 wt% of the sample in dichloromethane or toluene (if the sample is highly paraffinic) is used. For samples with estimated asphaltene contents lower than 1 wt%, a solution of 10 wt% is prepared. For gravimetric asphaltenes, a solution of 0.1 wt% is prepared. No further preparation of the sample is required. The solution is injected into a flow of heptane and passed through a filter. A typical injection volume is 4 μL. Heptane induces the precipitation of asphaltenes as soon the sample enters into contact with the heptane. Precipitated asphaltenes are retained by the filter while maltenes pass through it reaching the detector. Then, the mobile phase is switched to a solvent with a high solvent power (i.e. dichloromethane/methanol 90/10 v/v). This blend redissolves the asphaltenes, and as they reach the detector, they are quantified. This procedure is similar to the one

Reference 6 at 204.



61

Reference 6 at 204.

117.    Based on these representative allegations, Chevron therefore infringes and continues to infringe the '464 patent, either literally and/or under the doctrine of equivalents, based on the use of the Accused Methods which are practiced according to the '464 patent's methods in the United States, and a substantial likelihood exists that Chevron continues to practice the '464 patent's patented processes.

118.    Accordingly, Chevron has directly infringed and continues to directly infringe, literally and/or under the doctrine of equivalents, the '464 patent under 35 U.S.C. § 271(a).

119.    Chevron had knowledge of the '464 patent since well before the filing of this Complaint.

120.    Alternatively, Chevron took and continues to take the above actions intending to cause infringing acts by others, and/or willfully blinded itself as to the existence of the Asserted Patent and the Accused Methods' infringement thereof.

121.    Chevron has induced third parties and continues to induce third parties, such as third parties for or through whom it does contract testing, to use the Accused Methods, or import crude oil or petroleum products tested with the Accused Methods into the United States.



Reference 17 at 9.

122.    Accordingly, Chevron has indirectly infringed and continues to indirectly infringe the '464 patent under 35 U.S.C. § 271(b).

123.    Chevron's infringement of the '464 patent has been willful and egregious and continues to be willful and egregious.

124.    Chevron's acts of infringement have caused and continue to cause damage to Plaintiff. Plaintiff is entitled to recover from Chevron the damages sustained by Plaintiff as a result of these wrongful acts in an amount subject to proof at trial.

<u>**COUNT II: INFRINGEMENT OF THE '425 PATENT**</u>

125.    Plaintiff incorporates the allegations of all of the foregoing paragraphs as if fully restated herein.

126.    The following allegations are based on publicly available information of the Accused Methods. Plaintiff reserves the right to modify this description, including, for example,

on the basis of information about the Accused Systems and Methods that they obtain during discovery.

127.    The '425 patent, entitled "Method for Determining Asphaltene Stability of a Hydrocarbon-Containing Material," issued on February 5, 2013, and names John F. Schabron and Joseph F. Rovani, Jr., as inventors. The '425 patent is attached as Exhibit B.

128.    WRI owns all rights, title, and interest in the '425 patent, and holds all substantial rights pertinent to this suit, including the right to sue and recover for all past, current, and future infringement.

129.    The '425 patent is valid, enforceable, and directed to patentable subject matter.

130.    The notice provisions of 35 U.S.C. § 287 do not apply in this case for the '425 patent, and therefore WRI has satisfied its obligations under 35 U.S.C. § 287 with respect to the '425 patent.

131.    Chevron has infringed and continues to infringe one or more claims of the '425 patent by using the Accused Methods in this District and elsewhere in the United States.

132.    The Accused Methods are processes patented in one or more claims of the '425 patent during the term of the patent.

133.    Plaintiff provides the following explanation of infringement with regard to exemplary claims compared to exemplary functionality in a representative product.  Plaintiff reserves the right to present additional or alternative explanations of infringement for the claims and functionalities identified below and for other claims and functionalities of the Accused Systems and Methods.

### A.    On-Column Method

#### 1.    Claim 1

134.    Claim 1 of the '425 patent recites: "A method for determining asphaltene stability

in a hydrocarbon-containing material having solvated asphaltenes therein comprising the steps of."

To the extent the preamble is limiting, the Accused Methods practice this element.

135.    Using the On-Column Methods, Chevron determines the stability of asphaltenes in oil containing asphaltenes.

> The solubility profile method consists of precipitating the asphaltenes in a column using *n*-heptane and then gradually modifying the solvent mobile phase, so that the asphaltenes eluted from the column at each time are related to the solvent power of the mobile phase. In this way, it is possible to produce a response that can be associated with the solubility distribution of asphaltenes or solubility profile. During these experiments, it was found that the characteristics of the solubility profile can be quantitatively correlated to stability measurements.
>
> The solubility profile method requires a small amount of sample, takes only 35 min to perform, and can work for asphaltene concentrations as low as 500 ppm. A significant number of samples from different sources were successfully analyzed following this procedure, and the results were correlated to the ASTM 6703[19] stability method. These results support the reliability of this method to evaluate stability and can help to understand the changes in asphaltene properties because of processing.

Reference 8 at 4370.

136.    Claim 1 of the '425 patent recites: "(a) intentionally precipitating an amount of the asphaltenes from a liquid sample of the hydrocarbon-containing material with an alkane mobile phase solvent in a column that has a substantially chemically inert stationary phase established therein, wherein the substantially chemically inert stationary phase is substantially chemically inert relative to the precipitated asphaltenes." The Accused Methods practice this element.

137.    Using the On-Column Methods, Chevron intentionally precipitates asphaltenes from a liquid sample of crude oil and methylene chloride in a column that contains stationary inert

material using the alkane solvent n-heptane as the mobile phase.

**Solubility Profile of Asphaltenes by the On-Column Method.** Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using $n$-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in $n$-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure $n$-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.

Reference 8 at 4370.



Figure 1. Scheme of asphaltene separation using the on-column method.

Reference 8 at 4370.

A stainless-steel column with the following dimensions is used: 10 mm inner diameter × 250 mm and 10 mm inner diameter × 100 mm. The packing material of the column is commercially available polytetrafluoroethylene (PTFE), which is sieved to 40−60 mesh.

Reference 8 at 4371.

sites[61]. In PTFE coating, there is no interaction between fluorine in PTFE coating and asphaltene particles, and therefore the amount of asphaltene deposition in PTFE superhydrophobic coating will be less than nanosilica superhydrophobic coating. In this experiment, due to high the concentration and opacity of the solution, the movement of asphaltene particles at a concentration of 2000 ppm at the beginning and end of the experiment was not observed. As the concentration of asphaltene decreased, the movement of the particles in the form of

Reference 20 at 9.

138.    Claim 1 of the '425 patent recites: "(b) dissolving a first amount and a second amount of the precipitated asphaltenes by changing the alkane mobile phase solvent to a final mobile phase solvent having a solubility parameter that is higher than the alkane mobile phase solvent."  The Accused Methods practice this element.

139.    Using the On-Column Methods, Chevron gradually changes the mobile phase from n-heptane to 90:10 methylene chloride/methanol and then 100% methanol, which have a higher solubility parameter than the n-heptane.

**Solubility Profile of Asphaltenes by the On-Column Method.** Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using *n*-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in *n*-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure *n*-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.

The proposed procedure redissolves the asphaltenes gradually from easy to dissolve (low-solubility parameter) to hard to dissolve (high-solubility parameter). Both maltenes and asphaltenes can be quantified using an ELSD, as can be seen in Figure 2. In the case of the asphaltenes, the result is a curve that represents the solubility distribution of the asphaltenes.

In fact, because the solubility parameter of a mixture is given by the volumetric average of the components, it is possible to convert the time scale to a solubility parameter scale using the following equation:[3]

$$\delta = \sum_{i=1}^{n} \phi_i \delta_i \qquad (2)$$

where $\delta$ is the solubility parameter of the blend, $\phi_i$ is the volume fraction, and $\delta_i$ is the solubility parameter of the components, respectively.

In this paper, solubility profiles are presented in terms of normalized response. This means that the original curve has been scaled so that the area under the curve is equal to 1. This is performed for comparison purposes and does not affect the shape, the mean values, or other characteristics of the curve.

Reference 8 at 4370.

The solubility profile method consists of precipitating the asphaltenes in a column using *n*-heptane and then gradually modifying the solvent mobile phase, so that the asphaltenes eluted from the column at each time are related to the solvent power of the mobile phase. In this way, it is possible to produce a response that can be associated with the solubility distribution of asphaltenes or solubility profile. During these experiments, it was found that the characteristics of the solubility profile can be quantitatively correlated to stability measurements.

Reference 8 at 4370.

140. Claim 1 of the '425 patent recites: "(c) monitoring the concentration of eluted

fractions from the column." The Accused Methods practice this element.

141.    Using the On-Column Methods, Chevron monitors the concentration of eluted fractions from a column using a device such as an ELSD.



Figure 1. Scheme of asphaltene separation using the on-column method.

Reference 8 at 4370.

**Solubility Profile of Asphaltenes by the On-Column Method.** Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using $n$-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in $n$-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure $n$-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.

The proposed procedure redissolves the asphaltenes gradually from easy to dissolve (low-solubility parameter) to hard to dissolve (high-solubility parameter). Both maltenes and asphaltenes can be quantified using an ELSD, as can be seen in Figure 2. In the case of the asphaltenes, the result is a curve that represents the solubility distribution of the asphaltenes.

In fact, because the solubility parameter of a mixture is given by the volumetric average of the components, it is possible to convert the time scale to a solubility parameter scale using the following equation:[3]

$$\delta = \sum_{i=1}^{n} \phi_i \delta_i \qquad (2)$$

where $\delta$ is the solubility parameter of the blend, $\phi_i$ is the volume fraction, and $\delta_i$ is the solubility parameter of the components, respectively.

In this paper, solubility profiles are presented in terms of normalized response. This means that the original curve has been scaled so that the area under the curve is equal to 1. This is performed for comparison purposes and does not affect the shape, the mean values, or other characteristics of the curve.

Reference 8 at 4370.

142.    Claim 1 of the '425 patent recites: "(d) creating a solubility profile of the dissolved asphaltenes in the hydrocarbon-containing material." The Accused Methods practice this element.

143.    Using the On-Column Methods, Chevron creates a solubility profile of the dissolved asphaltenes from the sample.

**Solubility Profile of Asphaltenes by the On-Column Method.** Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using *n*-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in *n*-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure *n*-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.

The proposed procedure redissolves the asphaltenes gradually from easy to dissolve (low-solubility parameter) to hard to dissolve (high-solubility parameter). Both maltenes and asphaltenes can be quantified using an ELSD, as can be seen in Figure 2. In the case of the asphaltenes, the result is a curve that represents the solubility distribution of the asphaltenes.

In fact, because the solubility parameter of a mixture is given by the volumetric average of the components, it is possible to convert the time scale to a solubility parameter scale using the following equation:[3]

$$\delta = \sum_{i=1}^{n} \phi_i \delta_i \qquad (2)$$

where $\delta$ is the solubility parameter of the blend, $\phi_i$ is the volume fraction, and $\delta_i$ is the solubility parameter of the components, respectively.

In this paper, solubility profiles are presented in terms of normalized response. This means that the original curve has been scaled so that the area under the curve is equal to 1. This is performed for comparison purposes and does not affect the shape, the mean values, or other characteristics of the curve.

Reference 8 at 4370.

144.    Claim 1 of the '425 patent recites: "(e) determining one or more asphaltene stability parameters of the hydrocarbon-containing material." The Accused Methods practice this element.

145.    Using the On-Column Methods, Chevron determines at least one stability parameter of the sample containing hydrocarbons.

**Solubility Profile of Asphaltenes by the On-Column Method.** Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using *n*-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in *n*-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure *n*-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.

The proposed procedure redissolves the asphaltenes gradually from easy to dissolve (low-solubility parameter) to hard to dissolve (high-solubility parameter). Both maltenes and asphaltenes can be quantified using an ELSD, as can be seen in Figure 2. In the case of the asphaltenes, the result is a curve that represents the solubility distribution of the asphaltenes.

In fact, because the solubility parameter of a mixture is given by the volumetric average of the components, it is possible to convert the time scale to a solubility parameter scale using the following equation:[3]

$$\delta = \sum_{i=1}^{n} \phi_i \delta_i \tag{2}$$

where $\delta$ is the solubility parameter of the blend, $\phi_i$ is the volume fraction, and $\delta_i$ is the solubility parameter of the components, respectively.

In this paper, solubility profiles are presented in terms of normalized response. This means that the original curve has been scaled so that the area under the curve is equal to 1. This is performed for comparison purposes and does not affect the shape, the mean values, or other characteristics of the curve.

Reference 8 at 4370.

The solubility profile method consists of precipitating the asphaltenes in a column using *n*-heptane and then gradually modifying the solvent mobile phase, so that the asphaltenes eluted from the column at each time are related to the solvent power of the mobile phase. In this way, it is possible to produce a response that can be associated with the solubility distribution of asphaltenes or solubility profile. During these experiments, it was found that the characteristics of the solubility profile can be quantitatively correlated to stability measurements.

Reference 8 at 4370.

> asphaltenes from stable materials. (3) A characteristic parameter of the solubility profile distribution, $\Delta PS$, can be obtained and correlated to the colloidal stability of the samples. This parameter is comparable to the $p_a$ and $P$ parameters obtained using stability method ASTM D6703. However, ASTM D6703 is not able to provide a ranking for unstable samples, while the new method can provide this additional information. (4) On the basis of the results obtained, this method is a good candidate for monitoring processes in the petroleum industry where the stability of feeds and/or products is a key factor in the control of fouling and/or sedimentation problems.

Reference 8 at 4374.

2.    *Claim 24*

146.    Claim 24 of the '425 patent recites: "A method for reducing fouling in one or more crude hydrocarbon refinery components located within a refinery the method comprising the steps of." To the extent the preamble is limiting, the Accused Methods practice this element.

147.    Using the On-Column Method, Chevron reduces fouling in crude hydrocarbon refinery components located within a refinery.

## Sediment Formation in Residue Hydroconversion Processes and Its Correlation to Asphaltene Behavior

Estrella Rogel,* Cesar Ovalles, and Ajit Pradhan

Chevron Energy Technology Co, 100 Chevron Way, Richmond, California 94802, United States

Pak Leung and Nan Chen

Chevron Global Downstream, 100 Chevron Way, Richmond, California 94802, United States

ABSTRACT: In this work, the link between asphaltene stability and sediment formation in hydroprocessing of residua is evaluated using two recently developed techniques for asphaltene characterization (Asphaltene Solubility Profile and Solubility Fractions). Several feeds as well as products coming from commercial units and pilot plants are examined in terms of asphaltene content and asphaltene stability. The results obtained confirm the relationship between stability, structural asphaltene characteristics, and sediment formation in products. It was found that stability, asphaltene content, and nature of the feeds are key factors in sediment formation. Two sets of correlations were found: those that correlate sediment with product characteristics and those that correlate sediment with feed characteristics and operational conditions. Both sets of correlations include asphaltene solubility characteristics and content as key parameters. These findings indicate that proper asphaltene characterization of feeds can help to reduce fouling in operating units by facilitating feed selection and adjustment of operational conditions. Additionally, it has been shown that the two proposed methods can be used to monitor sediment formation during hydroconversion as well as to evaluate solvents for blending in a fast and simple way compatible with a refinery lab environment.

> In this work, two methods are proposed that can help in reducing fouling during residue hydroprocessing in a simple and fast way compatible with their use in a refinery environment. These methods can be used to monitor sediment formation during hydroconversion and to evaluate solvents for blending, selecting, and optimizing feeds.

Reference 2 at 6587, 6593.

148. Claim 24 of the '425 patent recites: "(a) selecting one or more hydrocarbon-containing feedstocks having a stable plurality of asphaltene components therein, wherein the selection of the one or more hydrocarbon-containing feedstocks comprises." The Accused Methods practice this element.

149. Using the On-Column Method, Chevron selects a hydrocarbon-containing feedstock having stable asphaltene components.

## Sediment Formation in Residue Hydroconversion Processes and Its Correlation to Asphaltene Behavior

Estrella Rogel,* Cesar Ovalles, and Ajit Pradhan

Chevron Energy Technology Co, 100 Chevron Way, Richmond, California 94802, United States

Pak Leung and Nan Chen

Chevron Global Downstream, 100 Chevron Way, Richmond, California 94802, United States

ABSTRACT: In this work, the link between asphaltene stability and sediment formation in hydroprocessing of residua is evaluated using two recently developed techniques for asphaltene characterization (Asphaltene Solubility Profile and Solubility Fractions). Several feeds as well as products coming from commercial units and pilot plants are examined in terms of asphaltene content and asphaltene stability. The results obtained confirm the relationship between stability, structural asphaltene characteristics, and sediment formation in products. It was found that stability, asphaltene content, and nature of the feeds are key factors in sediment formation. Two sets of correlations were found: those that correlate sediment with product characteristics and those that correlate sediment with feed characteristics and operational conditions. Both sets of correlations include asphaltene solubility characteristics and content as key parameters. These findings indicate that proper asphaltene characterization of feeds can help to reduce fouling in operating units by facilitating feed selection and adjustment of operational conditions. Additionally, it has been shown that the two proposed methods can be used to monitor sediment formation during hydroconversion as well as to evaluate solvents for blending in a fast and simple way compatible with a refinery lab environment.

> In this work, two methods are proposed that can help in reducing fouling during residue hydroprocessing in a simple and fast way compatible with their use in a refinery environment. These methods can be used to monitor sediment formation during hydroconversion and to evaluate solvents for blending, selecting, and optimizing feeds.

Reference 2 at 6587, 6593.

150.    Claim 24 of the '425 patent recites: "(i) intentionally precipitating an amount of asphaltenes from a liquid sample of a hydrocarbon-containing material with an alkane mobile phase solvent in a column that has a substantially chemically inert stationary phase established therein, wherein the substantially chemically inert stationary phase is substantially chemically inert relative to the precipitated asphaltenes." Chevron practices this element.

151.    Using the On-Column Methods, Chevron intentionally precipitates asphaltenes from a liquid sample of crude oil and methylene chloride in a column that contains stationary inert material using the alkane solvent n-heptane as the mobile phase.

> **Solubility Profile of Asphaltenes by the On-Column Method.** Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using $n$-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in $n$-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure $n$-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.

Reference 8 at 4370.



Figure 1. Scheme of asphaltene separation using the on-column method.

Reference 8 at 4370.

A stainless-steel column with the following dimensions is used: 10 mm inner diameter × 250 mm and 10 mm inner diameter × 100 mm. The packing material of the column is commercially available polytetrafluoroethylene (PTFE), which is sieved to 40−60 mesh.

Reference 8 at 4371.

sites[61]. In PTFE coating, there is no interaction between fluorine in PTFE coating and asphaltene particles, and therefore the amount of asphaltene deposition in PTFE superhydrophobic coating will be less than nanosilica superhydrophobic coating. In this experiment, due to high the concentration and opacity of the solution, the movement of asphaltene particles at a concentration of 2000 ppm at the beginning and end of the experiment was not observed. As the concentration of asphaltene decreased, the movement of the particles in the form of

Reference 20 at 9.

152.    Claim 24 of the '425 patent recites: "(ii) dissolving a first amount and a second amount of the precipitated asphaltenes by gradually and continuously changing the alkane mobile phase solvent to a final mobile phase solvent having a solubility parameter that is at least 1 MPa$^{0.5}$ higher than the alkane mobile phase solvent." The Accused Methods practice this element.

153.    Using the On-Column Methods, Chevron gradually changes the mobile phase from

n-heptane to 90:10 methylene chloride/methanol and then 100% methanol, which have differences

in solubility parameter greater than 1 MPa$^{0.5}$ relative to pure n-heptane.

> **Solubility Profile of Asphaltenes by the On-Column Method.**
> Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using *n*-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in *n*-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure *n*-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.
>
> The proposed procedure redissolves the asphaltenes gradually from easy to dissolve (low-solubility parameter) to hard to dissolve (high-solubility parameter). Both maltenes and asphaltenes can be quantified using an ELSD, as can be seen in Figure 2. In the case of the asphaltenes, the result is a curve that represents the solubility distribution of the asphaltenes.
>
> In fact, because the solubility parameter of a mixture is given by the volumetric average of the components, it is possible to convert the time scale to a solubility parameter scale using the following equation:[3]
>
> $$\delta = \sum_{i=1}^{n} \phi_i \delta_i \tag{2}$$
>
> where $\delta$ is the solubility parameter of the blend, $\phi_i$ is the volume fraction, and $\delta_i$ is the solubility parameter of the components, respectively.
>
> In this paper, solubility profiles are presented in terms of normalized response. This means that the original curve has been scaled so that the area under the curve is equal to 1. This is performed for comparison purposes and does not affect the shape, the mean values, or other characteristics of the curve.

Reference 8 at 4370.

The solubility profile method consists of precipitating the asphaltenes in a column using *n*-heptane and then gradually modifying the solvent mobile phase, so that the asphaltenes eluted from the column at each time are related to the solvent power of the mobile phase. In this way, it is possible to produce a response that can be associated with the solubility distribution of asphaltenes or solubility profile. During these experiments, it was found that the characteristics of the solubility profile can be quantitatively correlated to stability measurements.

Reference 8 at 4370.

| Name[1] | Mol. Formula [2] | CAS #[2] | Mol. Wt. [3] | $\gamma_L$ [4] | $\Delta\gamma/\Delta T$ [5] | $\Delta_{VAP}H$ [6] | Hansen Solubility Parameters [7] | | | | Molar Volume [8] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | $\delta_D$ | $\delta_P$ | $\delta_H$ | |
| Dichloromethane (methylene chloride, DCM) | $CH_2Cl_2$ | 75-09-2 | 84.93 | 27.8 | -0.16 | 29.23 | 20.2 | 18.2 | 6.3 | 6.1 | 63.9 |

| Name[1] | Mol. Formula [2] | CAS #[2] | Mol. Wt. [3] | $\gamma_L$ [4] | $\Delta\gamma/\Delta T$ [5] | $\Delta_{VAP}H$ [6] | Hansen Solubility Parameters [7] | | | | Molar Volume [8] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | $\delta_D$ | $\delta_P$ | $\delta_H$ | |
| *n*-Heptane | $C_7H_{16}$ | 142-85-5 | 100.21 | 19.8 | -0.10 | 36.48 | 15.3 | 15.3 | 0.0 | 0.0 | 147.4 |

| Name[1] | Mol. Formula [2] | CAS #[2] | Mol. Wt. [3] | $\gamma_L$ [4] | $\Delta\gamma/\Delta T$ [5] | $\Delta_{VAP}H$ [6] | Hansen Solubility Parameters [7] | | | | Molar Volume [8] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | $\delta_D$ | $\delta_P$ | $\delta_H$ | |
| Methanol (methyl alcohol) | $CH_4O$ | 67-56-1 | 32.04 | 22.1 | -0.08 | 37.96 | 29.6 | 15.1 | 12.3 | 22.3 | 40.7 |

[7] $MPa^{1/2}$ (equivalent to joules/cubic centimeter; 2.0455 x $(cal/cc)^{1/2}$) @ 25°C (298.15 K): *Hansen Solubility Parameters: A User's Handbook, 2nd Edition*, Charles M. Hansen, CRC Press, Boca Raton, FL, 2007, except as noted. The total solubility parameter is the geometric mean of the three components $d_D$ (from non-polar, or dispersion interactions), $d_P$ (from polar attraction), and $d_H$ (from hydrogen bonding). This data is a combination of calculated values and experimentally confirmed values; refer to the original source for detailed information, including notes regarding the use of group contributions vs. dipole moments for polar contribution calculations.◻†

Diversified Enterprises, *Surface Tension, Hansen Solubility Parameters, Molar Volume, Enthalpy of Evaporation, and Molecular Weight of Selected Liquids*, https://www.accudynetest.com/solubility_table_print.html.

$$\delta_{\text{n-Heptane}} = 15.3 \text{ MPa}^{0.5}$$

$$\delta_{\text{90:10 methylene chloride/methanol}} = 0.9\delta_{\text{methylene chloride}} + 0.1\delta_{\text{methanol}} = 21.14 \text{ MPa}^{0.5}$$

$$\delta_{\text{methanol}} = 29.6 \text{ MPa}^{0.5}$$

154.    The difference in solubility parameters of n-Heptane, 90:10 methylene chloride/methanol and methanol are greater than 1 MPa$^{0.5}$.

155.    Claim 24 of the '425 patent recites: "(iii) monitoring the concentration of eluted fractions from the column." The Accused Methods practice this element.

156.    Using the On-Column Methods, Chevron monitors the concentration of eluted fractions from a column using a device such as an ELSD.



Figure 1. Scheme of asphaltene separation using the on-column method.

Reference 8 at 4370.

79

> **Solubility Profile of Asphaltenes by the On-Column Method.**
> Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using $n$-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in $n$-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure $n$-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.
>
> The proposed procedure redissolves the asphaltenes gradually from easy to dissolve (low-solubility parameter) to hard to dissolve (high-solubility parameter). Both maltenes and asphaltenes can be quantified using an ELSD, as can be seen in Figure 2. In the case of the asphaltenes, the result is a curve that represents the solubility distribution of the asphaltenes.
>
> In fact, because the solubility parameter of a mixture is given by the volumetric average of the components, it is possible to convert the time scale to a solubility parameter scale using the following equation:[3]
>
> $$\delta = \sum_{i=1}^{n} \phi_i \delta_i \qquad (2)$$
>
> where $\delta$ is the solubility parameter of the blend, $\phi_i$ is the volume fraction, and $\delta_i$ is the solubility parameter of the components, respectively.
>
> In this paper, solubility profiles are presented in terms of normalized response. This means that the original curve has been scaled so that the area under the curve is equal to 1. This is performed for comparison purposes and does not affect the shape, the mean values, or other characteristics of the curve.

Reference 8 at 4370.

157.    Claim 24 of the '425 patent recites: "(iv) creating a solubility profile of the dissolved asphaltenes in the hydrocarbon-containing material." The Accused Methods practice this element.

158.    Using the On-Column Methods, Chevron creates a solubility profile of the dissolved asphaltenes from the sample.

**Solubility Profile of Asphaltenes by the On-Column Method.**
Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using *n*-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in *n*-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure *n*-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.

The proposed procedure redissolves the asphaltenes gradually from easy to dissolve (low-solubility parameter) to hard to dissolve (high-solubility parameter). Both maltenes and asphaltenes can be quantified using an ELSD, as can be seen in Figure 2. In the case of the asphaltenes, the result is a curve that represents the solubility distribution of the asphaltenes.

In fact, because the solubility parameter of a mixture is given by the volumetric average of the components, it is possible to convert the time scale to a solubility parameter scale using the following equation:[3]

$$\delta = \sum_{i=1}^{n} \phi_i \delta_i \tag{2}$$

where $\delta$ is the solubility parameter of the blend, $\phi_i$ is the volume fraction, and $\delta_i$ is the solubility parameter of the components, respectively.

In this paper, solubility profiles are presented in terms of normalized response. This means that the original curve has been scaled so that the area under the curve is equal to 1. This is performed for comparison purposes and does not affect the shape, the mean values, or other characteristics of the curve.

Reference 8 at 4370.

159.   Claim 24 of the '425 patent recites: "(v) determining one or more asphaltene stability parameters of the hydrocarbon-containing material." The Accused Methods practice this element.

160.   Using the On-Column Methods, Chevron determines at least one stability parameter of the sample containing hydrocarbons.

**Solubility Profile of Asphaltenes by the On-Column Method.** Figure 1 shows a scheme of the method. A solution of the sample in methylene chloride is injected in a column packed with an inert material using *n*-heptane as the mobile phase. This solvent induces the precipitation of asphaltenes and, as a consequence, their retention in the column. The first eluted fraction from the column is the maltenes, which are soluble in *n*-heptane. After all of this fraction has eluted, the mobile phase is changed gradually from pure *n*-heptane to 90:10 methylene chloride/methanol and then to 100% methanol.

The proposed procedure redissolves the asphaltenes gradually from easy to dissolve (low-solubility parameter) to hard to dissolve (high-solubility parameter). Both maltenes and asphaltenes can be quantified using an ELSD, as can be seen in Figure 2. In the case of the asphaltenes, the result is a curve that represents the solubility distribution of the asphaltenes.

In fact, because the solubility parameter of a mixture is given by the volumetric average of the components, it is possible to convert the time scale to a solubility parameter scale using the following equation:[3]

$$\delta = \sum_{i=1}^{n} \phi_i \delta_i \tag{2}$$

where $\delta$ is the solubility parameter of the blend, $\phi_i$ is the volume fraction, and $\delta_i$ is the solubility parameter of the components, respectively.

In this paper, solubility profiles are presented in terms of normalized response. This means that the original curve has been scaled so that the area under the curve is equal to 1. This is performed for comparison purposes and does not affect the shape, the mean values, or other characteristics of the curve.

Reference 8 at 4370.

The solubility profile method consists of precipitating the asphaltenes in a column using *n*-heptane and then gradually modifying the solvent mobile phase, so that the asphaltenes eluted from the column at each time are related to the solvent power of the mobile phase. In this way, it is possible to produce a response that can be associated with the solubility distribution of asphaltenes or solubility profile. During these experiments, it was found that the characteristics of the solubility profile can be quantitatively correlated to stability measurements.

Reference 8 at 4370.

82

> asphaltenes from stable materials. (3) A characteristic parameter of the solubility profile distribution, $\Delta$PS, can be obtained and correlated to the colloidal stability of the samples. This parameter is comparable to the $p_a$ and $P$ parameters obtained using stability method ASTM D6703. However, ASTM D6703 is not able to provide a ranking for unstable samples, while the new method can provide this additional information. (4) On the basis of the results obtained, this method is a good candidate for monitoring processes in the petroleum industry where the stability of feeds and/or products is a key factor in the control of fouling and/or sedimentation problems.

Reference 8 at 4374.

161.    Claim 24 of the '425 patent recites: "(b) feeding the selected one or more crude hydrocarbon-containing feedstocks to the one or more crude hydrocarbon refinery components." The Accused Methods practice this element.

162.    Using the On-Column Method, Chevron feeds selected feedstocks to the refinery components.

## Sediment Formation in Residue Hydroconversion Processes and Its Correlation to Asphaltene Behavior

Estrella Rogel,* Cesar Ovalles, and Ajit Pradhan

Chevron Energy Technology Co, 100 Chevron Way, Richmond, California 94802, United States

Pak Leung and Nan Chen

Chevron Global Downstream, 100 Chevron Way, Richmond, California 94802, United States

ABSTRACT: In this work, the link between asphaltene stability and sediment formation in hydroprocessing of residua is evaluated using two recently developed techniques for asphaltene characterization (Asphaltene Solubility Profile and Solubility Fractions). Several feeds as well as products coming from commercial units and pilot plants are examined in terms of asphaltene content and asphaltene stability. The results obtained confirm the relationship between stability, structural asphaltene characteristics, and sediment formation in products. It was found that stability, asphaltene content, and nature of the feeds are key factors in sediment formation. Two sets of correlations were found: those that correlate sediment with product characteristics and those that correlate sediment with feed characteristics and operational conditions. Both sets of correlations include asphaltene solubility characteristics and content as key parameters. These findings indicate that proper asphaltene characterization of feeds can help to reduce fouling in operating units by facilitating feed selection and adjustment of operational conditions. Additionally, it has been shown that the two proposed methods can be used to monitor sediment formation during hydroconversion as well as to evaluate solvents for blending in a fast and simple way compatible with a refinery lab environment.

> In this work, two methods are proposed that can help in reducing fouling during residue hydroprocessing in a simple and fast way compatible with their use in a refinery environment. These methods can be used to monitor sediment formation during hydroconversion and to evaluate solvents for blending, selecting, and optimizing feeds.

Reference 2 at 6587, 6593.

**B.    In-Line Filter Method**

*1.    Claim 1*

163.    Claim 1 of the '425 patent recites: "A method for determining asphaltene stability in a hydrocarbon-containing material having solvated asphaltenes therein comprising the steps of." To the extent the preamble is limiting, the Accused Methods practice this element.

164.    Using the In-Line Filter Method, Chevron determines the stability of asphaltenes in oil containing asphaltenes.

> significant errors in the asphaltene concentration [7]. On the other hand, on-column methods also rely on filtration and use regular high performance liquid chromatography (HPLC) equipment [5,6]. In these methods, asphaltenes are precipitated and retained in an inert column, redissolved with an appropriate solvent and are quantified using an Evaporative Light Scattering Detector (ELSD). These methods allow not only the determination of asphaltene content, but also can be used to evaluate the asphaltene solubility profile of crude oils and processed materials [8,9]. In particular, by using the asphaltene solubility profile and solubility fraction methods it has been possible to estimate the stability of crude oils and products [8,9], reactivity of residues toward hydroprocessing [10], and fouling in downstream operations [11]. Rather recently, their application has been extended to high temperatures [12].

Reference 6 at 204.

84



**Figure 1.** Scheme of the solubility profile method.

Reference 3 at 6364.

165.    Claim 1 of the '425 patent recites: "(a) intentionally precipitating an amount of the asphaltenes from a liquid sample of the hydrocarbon-containing material with an alkane mobile phase solvent in a column that has a substantially chemically inert stationary phase established therein, wherein the substantially chemically inert stationary phase is substantially chemically inert

relative to the precipitated asphaltenes." The Accused Methods practice this element.

166.    Using the In-Line Filter Method, Chevron intentionally precipitates asphaltenes from a liquid sample of crude oil and methylene chloride in a column with one or more filters comprising a stationary inert material using the alkane solvent n-heptane as the mobile phase.

**A B S T R A C T**

In this work, we report the development of an improved analytical method for the evaluation of asphaltene content. This method uses high performance liquid chromatography (HPLC) but, instead of using a conventional column, it uses a commercially available filter to retain the precipitated asphaltenes that are to be quantified. The in-line filtration method represents a significant improvement with respect to previous methods that use a column packed with an inert packing material to perform the analysis, being more repeatable and reproducible with better sensitivity and as a consequence, lower detection and quantification limits. Additionally, the improved method works at lower flow rates making possible the use of a larger variety of different HPLC detectors and opening the possibility to directly couple it with other analytical techniques such as GPC, MS, ICP that require low flow rates. Filters are commercially available, cheaper, and show low variability that drives a more consistent performance than inert/handmade columns. This in-line filtration method requires small amounts of sample and can take less than 10 min. These characteristics make the use of filters an excellent candidate for monitoring processes in the oil industry where evaluation of asphaltenes is important.

Reference 6 at 203.

### 2.2. Asphaltene determination by the in-line filtration method

Fig. 1 shows a scheme of the method. In a standard experiment, for samples with estimated asphaltene (extracted with heptane) content larger than 1 wt%, a solution of 1 wt% of the sample in dichloromethane or toluene (if the sample is highly paraffinic) is used. For samples with estimated asphaltene contents lower than 1 wt%, a solution of 10 wt% is prepared. For gravimetric asphaltenes, a solution of 0.1 wt% is prepared. No further preparation of the sample is required. The solution is injected into a flow of heptane and passed through a filter. A typical injection volume is 4 μL. Heptane induces the precipitation of asphaltenes as soon the sample enters into contact with the heptane. Precipitated asphaltenes are retained by the filter while maltenes pass through it reaching the detector. Then, the mobile phase is switched to a solvent with a high solvent power (i.e. dichloromethane/methanol 90/10 v/v). This blend redissolves the asphaltenes, and as they reach the detector, they are quantified. This procedure is similar to the one

Reference 6 at 204.

86



Reference 6 at 204.



Reference 18 at 2.



Pump & Degasser Supplies for HPLC

# InfinityLab Quick Change Inline Filters for HPLC and UHPLC

Particles can come from everywhere in the flow path - solvents, samples or worn instrument parts. Over time, particles clog the column frit, causing pressure increases and shorter column lifetime. The InfinityLab Quick Change HPLC inline filter protects valuable columns by capturing particles before they reach the column, extending their use and reducing your cost per sample.

The innovative Quick Change HPLC inline filter enables finger-tight, tool-free replacement of HPLC filter discs. A click sound tells you when your inline solvent filter is tight up to 1300 bar, with no risk of over- or under-tightening. The filter housing is robust for over 100 replacements to reduce operation cost and avoid troubleshooting. Five different dimensions and porosities of HPLC filter discs are available to suit all your needs.

InfinityLab Quick Change inline filter

*See* Agilent Technologies, *InfinityLab Quick Change Inline Filters for HPLC and UHPLC*, https://www.agilent.com/en/product/liquid-chromatography/hplc-supplies-accessories/pump-degasser-supplies-for-hplc/infinitylab-quick-change-inline-filter.

## High Efficiency, Easy to Use Filter Discs

**Variety of dimensions and porosities**

Filter discs are available in 2.1 mm and 4.6 mm inner diameters with different pore sizes. The filter housing is compatible with all types of filter discs.

**Touchless packaging to avoid potential contamination**

Uniquely designed packaging lets you insert the filter disc into filter housing without touching it to avoid potential contamination.

**In-situ replacement of filter disc**

No need to disconnect the inline filter from the system.

| 2.1 mm | 2.1 mm | 4.6 mm | 4.6 mm | 4.6 mm |
| 0.2 µm | 0.5 µm | 0.2 µm | 0.5 µm | 2.0 µm |

Figure 2. Dimensions and porosities of filter discs.

Agilent Technologies, InfinityLab Quick Change Inline Filter (Flyer No. 5994-3028EN), https://www.agilent.com/cs/library/flyers/public/flyer-Inlinefilter-InfinityLab-5994-3028EN-agilent.pdf.



| Specifications | |
|---|---|
| Application Compatibility | Analytical |
| Filter Material | Stainless Steel |

*See* Agilent Technologies, *InfinityLab Quick Change Inline Filters for HPLC and UHPLC*, https://www.agilent.com/en/product/liquid-chromatography/hplc-supplies-accessories/pump-degasser-supplies-for-hplc/infinitylab-quick-change-inline-filter#support.

## Ordering Information

| Part Number | Inline Filter Assemblies |
|---|---|
| 5067-1603 | InfinityLab Quick Change inline filter assembly for UHPLC (incl. 5 filter discs 2.1 mm id, 0.2 µm porosity), with 90 mm flexible capillary |
| 5067-1602 | InfinityLab Quick Change inline filter assembly for HPLC (incl. 5 filter discs 4.6 mm id, 0.5 µm porosity), with 90 mm flexible capillary |
| 5067-1606 | InfinityLab Quick Change inline filter assembly with rigid capillary for HPLC (incl. 5 filter discs 4.6 mm id, 0.5 µm porosity) |
| 5067-1607 | InfinityLab Quick Change inline filter assembly with rigid capillary for UHPLC (incl. 5 filter discs 2.1 mm id, 0.2 µm porosity) |
| | **Filter Discs** |
| 5067-1610 | Filter discs, 2.1 mm id, 0.2 µm porosity, 5/pk |
| 5067-1611 | Filter discs, 2.1 mm id, 0.5 µm porosity, 5/pk |
| 5067-1612 | Filter discs, 4.6 mm id, 0.2 µm porosity, 5/pk |
| 5067-1613 | Filter discs, 4.6 mm id, 0.5 µm porosity, 5/pk |
| 5067-1614 | Filter discs, 4.6 mm id, 2.0 µm porosity, 5/pk |
| | **Replacement Capillaries** |
| 5023-3344 | Capillary, stainless steel, 0.12 mm id, 90 mm length, 2x extra-long fittings, pre-swaged on one end, non-swaged on the other end, for inline filter for UHPLC |
| | **Quick Turn Fitting** |
| 5067-5966 | Quick Turn Fitting |
| 5043-0924 | Ferrule for Quick Turn Fitting |

Agilent Technologies, InfinityLab Quick Change Inline Filter (Flyer No. 5994-3028EN), https://www.agilent.com/cs/library/flyers/public/flyer-Inlinefilter-InfinityLab-5994-3028EN-agilent.pdf.



Agilent Technologies, InfinityLab Quick Change Inline Filters (Part No. 5067-1613),
https://www.agilent.com/store/productDetail.jsp?catalogId=5067-1613.

**A B S T R A C T**

In this study, the mechanism and kinetics of asphaltene deposition in stainless steel tubes have been studied experimentally using n-heptane as the precipitant. The effects of oil velocity, temperature, and oil–precipitant volumetric dilution ratio on the rate of asphaltene deposition are investigated. Since the adhesion of asphaltenes on to the metal surface is controlled by its transport through the laminar sub layer, our focus was limited to studying the phenomena in laminar flow regime. The concentration of asphaltenes was measured using UV–visible spectrophotometer at 650 nm wavelength. This enabled us to accurately measure the amount and extent of asphaltene deposits in the stainless steel tube. It is observed that the deposition process is often accompanied by significant erosion due to the subsequent dominance of shear forces on the asphaltene deposits. However, the erosion is not complete and a certain layer of asphaltene deposits remain before the deposition process becomes dominant. The initial rate of asphaltene deposition increases with the increase in oil velocity and temperature. The deposition rates increase with the decrease in the oil–precipitant volumetric dilution ratio. The asphaltene deposits were also subjected to X-ray photoelectron spectroscopy to characterize the surface composition of atoms responsible for the interfacial interaction forces due to the surface functional groups. The fundamental interaction forces between asphaltenes and a stainless steel surface was measured by using inverse gas chromatography. The surface energy of stainless steel indicated the amphoteric nature of the surface, with a slightly higher basic component. The surface energy of asphaltenes displayed a very high component of Lifshitz–van der Waals forces. However the polar component of surface energy of asphaltenes could not be measured due to its very strong interaction with the polar probes on account of its polarity.

Reference 21, abstract.

167. Claim 1 of the '425 patent recites: "(b) dissolving a first amount and a second amount of the precipitated asphaltenes by changing the alkane mobile phase solvent to a final mobile phase solvent having a solubility parameter that is higher than the alkane mobile phase solvent." The Accused Methods practice this element.

168. Using the In-Line Filter Method, Chevron precipitates different amounts of

90

asphaltenes by changing the alkane mobile phase solvent to a second mobile phase solvent with a higher solubility parameter.

**Asphaltene Solubility Profile by the In-Line Filtration Method.** Figure 1 shows a scheme of the method. A solution of the sample in dichloromethane or toluene (if the sample is highly paraffinic) is injected into a flow of heptane and passed through a filter. Asphaltenes precipitate as soon as the sample enters in contact with heptane. The asphaltenes are retained by the filter, while maltenes pass through it and reach the detector. Then, the mobile phase is changed in a gradual and continuous way from pure $n$-heptane to 90:10 dichloromethane/methanol and then to 100% methanol. This procedure redissolves the asphaltenes retained in the filter in a gradual manner from the easy to dissolve (low solubility parameter) to the difficult to dissolve (high solubility parameter). Asphaltenes are quantified using an evaporative light scattering detector (ELSD). Figure 1 also shows an example of the results obtained for a crude oil. In this plot, the first peak ($\sim$0.2 min, off the scale) corresponds to elution of maltenes, while the second peak (starting at around 6 min) corresponds to the elution of asphaltenes. In the case of the asphaltenes, this peak is a curve that represents their solubility distribution from the more soluble (left side of the peak) to the less soluble (right side of the peak) in hydrocarbons.

Reference 3 at 6364.



**Figure 1.** Scheme of the solubility profile method.

Reference 3 at 6364.

169. Claim 1 of the '425 patent recites: "(c) monitoring the concentration of eluted fractions from the column." The Accused Methods practice this element.

170. Using the In-Line Filter Method, Chevron monitors the concentration of eluted fractions from a column using a device such as an ELSD.



**Figure 1.** Scheme of the solubility profile method.

Reference 3 at 6364.



Figure 1. Flow diagram of HPLC.

Reference 18 at 2.

| Table 1. Hardware and consumables. | |
|---|---|
| Hardware | Part Number |
| Agilent 1260 Infinity II flexible pump | G7111B |
| Agilent 1260 Infinity II vial sampler | G7129A |
| Agilent 1260 Infinity II multicolumn thrmostat | G7116A |
| Agilent 1260 Infinity II evaporative light scattering detector (ELSD) | G7102A |
| Agilent OpenLab CDS | MB414AA |

Reference 18 at 2.

> The Evaporative Light Scattering Detector is a unique and highly sensitive detector for semi-volatile and non-volatile solutes in a liquid stream. It is mainly used as a concentration detector for High Performance Liquid Chromatography (HPLC). The solvent stream containing the solute material is nebulized and carrield by a gas flow through an evaporation chamber. The solvent is volatilized, leaving a mist of solute particles that scatter light to a photosensitive device. The signal is amplified and a voltage output provides the concentration of the solute particles passing through the light.
>
> The ELSD may be used alone, or as one of several detectors in a GPC or HPLC system. As the solvent or eluent is evaporated during the analysis, the ELSD must be the last in series if used with other detectors. If the Agilent 1260 Infinity III ELSD or Agilent 1290 Infinity III ELSD is being used as the last detector in a series, care must be taken not to exceed the recommended backpressure in detector cells in other units.

Agilent Technologies, *Agilent InfinityLab LC Series Evaporative Light Scattering Detectors User Manual*, D0013647 Rev. C (May 2025), available at https://www.agilent.com/cs/library/usermanuals/public/G7102-G4260-ELSD-UseMa-en-D0013647.pdf.

171.    Claim 1 of the '425 patent recites: "(d) creating a solubility profile of the dissolved asphaltenes in the hydrocarbon-containing material." The Accused Methods practice this element.

172.    Using the In-Line Filter Method, Chevron creates a solubility profile of the dissolved asphaltenes from the sample.

> **Asphaltene Solubility Profile by the In-Line Filtration Method.** Figure 1 shows a scheme of the method. A solution of the sample in dichloromethane or toluene (if the sample is highly paraffinic) is injected into a flow of heptane and passed through a filter. Asphaltenes precipitate as soon as the sample enters in contact with heptane. The asphaltenes are retained by the filter, while maltenes pass through it and reach the detector. Then, the mobile phase is changed in a gradual and continuous way from pure *n*-heptane to 90:10 dichloromethane/methanol and then to 100% methanol. This procedure redissolves the asphaltenes retained in the filter in a gradual manner from the easy to dissolve (low solubility parameter) to the difficult to dissolve (high solubility parameter). Asphaltenes are quantified using an evaporative light scattering detector (ELSD). Figure 1 also shows an example of the results obtained for a crude oil. In this plot, the first peak (~0.2 min, off the scale) corresponds to elution of maltenes, while the second peak (starting at around 6 min) corresponds to the elution of asphaltenes. In the case of the asphaltenes, this peak is a curve that represents their solubility distribution from the more soluble (left side of the peak) to the less soluble (right side of the peak) in hydrocarbons.

Reference 3 at 6364.

95



Figure 1. Scheme of the solubility profile method.

Reference 3 at 6364.

173. Claim 1 of the '425 patent recites: "(e) determining one or more asphaltene stability parameters of the hydrocarbon-containing material." The Accused Methods practice this element.

174. Using the In-Line Filter Method, Chevron determines at least one stability parameter of the sample containing hydrocarbons.

96

Because the in-line filtration produces a curve that represents the solubility distribution of the asphaltenes as related to the solubility of the solvent blend, it is possible to evaluate the solubility parameter of the solvent blend at each time using the volumetric average of the components

$$\delta = \sum_{i=1}^{n} \varphi_i \delta_i \qquad (3)$$

where $\delta$ is the solubility parameter of the blend, $\phi_i$ is the volume fraction, and $\delta_i$ is the solubility parameter of the components, respectively.

Reference 3 at 6367.

Following our previous studies,[14,21] the separation between the peaks can be correlated to the colloidal stability of the asphaltenes. In general, asphaltenes from unstable materials are characterized by wider solubility profile distributions than asphaltenes from stable materials. In fact, we developed a criterion to evaluate stability called $\Delta$PS. This parameter is measured as the difference in time between the maximum of the first peak and 75% of the total distribution. We have shown that this criterion is particularly useful to evaluate stability in processed samples.[25]

Reference 3 at 6366.

2.    *Claim 24*

175.    Claim 24 of the '425 patent recites: "A method for reducing fouling in one or more crude hydrocarbon refinery components located within a refinery the method comprising the steps of." To the extent the preamble is limiting, the Accused Methods practice this element.

176.    Using the In-Line Filter Method, Chevron reduces fouling in crude hydrocarbon refinery components located within a refinery.

97

## Sediment Formation in Residue Hydroconversion Processes and Its Correlation to Asphaltene Behavior

Estrella Rogel,* Cesar Ovalles, and Ajit Pradhan

Chevron Energy Technology Co, 100 Chevron Way, Richmond, California 94802, United States

Pak Leung and Nan Chen

Chevron Global Downstream, 100 Chevron Way, Richmond, California 94802, United States

ABSTRACT: In this work, the link between asphaltene stability and sediment formation in hydroprocessing of residua is evaluated using two recently developed techniques for asphaltene characterization (Asphaltene Solubility Profile and Solubility Fractions). Several feeds as well as products coming from commercial units and pilot plants are examined in terms of asphaltene content and asphaltene stability. The results obtained confirm the relationship between stability, structural asphaltene characteristics, and sediment formation in products. It was found that stability, asphaltene content, and nature of the feeds are key factors in sediment formation. Two sets of correlations were found: those that correlate sediment with product characteristics and those that correlate sediment with feed characteristics and operational conditions. Both sets of correlations include asphaltene solubility characteristics and content as key parameters. These findings indicate that proper asphaltene characterization of feeds can help to reduce fouling in operating units by facilitating feed selection and adjustment of operational conditions. Additionally, it has been shown that the two proposed methods can be used to monitor sediment formation during hydroconversion as well as to evaluate solvents for blending in a fast and simple way compatible with a refinery lab environment.

In this work, two methods are proposed that can help in reducing fouling during residue hydroprocessing in a simple and fast way compatible with their use in a refinery environment. These methods can be used to monitor sediment formation during hydroconversion and to evaluate solvents for blending, selecting, and optimizing feeds.

Reference 2 at 6587, 6593.

177.    Claim 24 of the '425 patent recites: "(a) selecting one or more hydrocarbon-containing feedstocks having a stable plurality of asphaltene components therein, wherein the selection of the one or more hydrocarbon-containing feedstocks comprises." The Accused Methods practice this element.

178.    Using the In-Line Filter Method, Chevron selects a hydrocarbon-containing feedstock having stable asphaltene components.

## Sediment Formation in Residue Hydroconversion Processes and Its Correlation to Asphaltene Behavior

Estrella Rogel,* Cesar Ovalles, and Ajit Pradhan

Chevron Energy Technology Co, 100 Chevron Way, Richmond, California 94802, United States

Pak Leung and Nan Chen

Chevron Global Downstream, 100 Chevron Way, Richmond, California 94802, United States

ABSTRACT: In this work, the link between asphaltene stability and sediment formation in hydroprocessing of residua is evaluated using two recently developed techniques for asphaltene characterization (Asphaltene Solubility Profile and Solubility Fractions). Several feeds as well as products coming from commercial units and pilot plants are examined in terms of asphaltene content and asphaltene stability. The results obtained confirm the relationship between stability, structural asphaltene characteristics, and sediment formation in products. It was found that stability, asphaltene content, and nature of the feeds are key factors in sediment formation. Two sets of correlations were found: those that correlate sediment with product characteristics and those that correlate sediment with feed characteristics and operational conditions. Both sets of correlations include asphaltene solubility characteristics and content as key parameters. These findings indicate that proper asphaltene characterization of feeds can help to reduce fouling in operating units by facilitating feed selection and adjustment of operational conditions. Additionally, it has been shown that the two proposed methods can be used to monitor sediment formation during hydroconversion as well as to evaluate solvents for blending in a fast and simple way compatible with a refinery lab environment.

In this work, two methods are proposed that can help in reducing fouling during residue hydroprocessing in a simple and fast way compatible with their use in a refinery environment. These methods can be used to monitor sediment formation during hydroconversion and to evaluate solvents for blending, selecting, and optimizing feeds.

Reference 2 at 6587, 6593.

179. Claim 24 of the '425 patent recites: "(i) intentionally precipitating an amount of asphaltenes from a liquid sample of a hydrocarbon-containing material with an alkane mobile phase solvent in a column that has a substantially chemically inert stationary phase established therein, wherein the substantially chemically inert stationary phase is substantially chemically inert relative to the precipitated asphaltenes." The Accused Methods practice this element.

180. Using the In-Line Filter Method, Chevron intentionally precipitates asphaltenes from a liquid sample of crude oil and methylene chloride in a column with one or more filters comprising a stationary inert material using the alkane solvent n-heptane as the mobile phase.

### 2.2. Asphaltene determination by the in-line filtration method

Fig. 1 shows a scheme of the method. In a standard experiment, for samples with estimated asphaltene (extracted with heptane) content larger than 1 wt%, a solution of 1 wt% of the sample in dichloromethane or toluene (if the sample is highly paraffinic) is used. For samples with estimated asphaltene contents lower than 1 wt%, a solution of 10 wt% is prepared. For gravimetric asphaltenes, a solution of 0.1 wt% is prepared. No further preparation of the sample is required. The solution is injected into a flow of heptane and passed through a filter. A typical injection volume is 4 µL. Heptane induces the precipitation of asphaltenes as soon the sample enters into contact with the heptane. Precipitated asphaltenes are retained by the filter while maltenes pass through it reaching the detector. Then, the mobile phase is switched to a solvent with a high solvent power (i.e. dichloromethane/methanol 90/10 v/v). This blend redissolves the asphaltenes, and as they reach the detector, they are quantified. This procedure is similar to the one

Reference 6 at 204.



100

Reference 6 at 204.



Sample preparation for crude oil samples included adding 0.100 grams of crude oil into a 20 mL vial. 10 mL toluene was volumetrically added and the mixture was mixed well.

Injection point

Sample Solution

Heptane

In Line Filter

Toluene

ELSD Detector

US Patent 10,907,473 and Fuel 171, 203.

**Figure 1.** Flow diagram of HPLC.

Reference 18 at 2.

**High Efficiency, Easy to Use Filter Discs**

**Variety of dimensions and porosities**

Filter discs are available in 2.1 mm and 4.6 mm inner diameters with different pore sizes. The filter housing is compatible with all types of filter discs.

**Touchless packaging to avoid potential contamination**

Uniquely designed packaging lets you insert the filter disc into filter housing without touching it to avoid potential contamination.

**In-situ replacement of filter disc**

No need to disconnect the inline filter from the system.

| 2.1 mm | 2.1 mm | 4.6 mm | 4.6 mm | 4.6 mm |
| 0.2 µm | 0.5 µm | 0.2 µm | 0.5 µm | 2.0 µm |

**Figure 2.** Dimensions and porosities of filter discs.

Agilent Technologies, InfinityLab Quick Change Inline Filter (Flyer No. 5994-3028EN), https://www.agilent.com/cs/library/flyers/public/flyer-Inlinefilter-InfinityLab-5994-3028EN-agilent.pdf.

| Part Number | Inline Filter Assemblies |
|---|---|
| **Ordering Information** | |
| 5067-1603 | InfinityLab Quick Change inline filter assembly for UHPLC (incl. 5 filter discs 2.1 mm id, 0.2 μm porosity), with 90 mm flexible capillary |
| 5067-1602 | InfinityLab Quick Change inline filter assembly for HPLC (incl. 5 filter discs 4.6 mm id, 0.5 μm porosity), with 90 mm flexible capillary |
| 5067-1606 | InfinityLab Quick Change inline filter assembly with rigid capillary for HPLC (incl. 5 filter discs 4.6 mm id, 0.5 μm porosity) |
| 5067-1607 | InfinityLab Quick Change inline filter assembly with rigid capillary for UHPLC (incl. 5 filter discs 2.1 mm id, 0.2 μm porosity) |
| | **Filter Discs** |
| 5067-1610 | Filter discs, 2.1 mm id, 0.2 μm porosity, 5/pk |
| 5067-1611 | Filter discs, 2.1 mm id, 0.5 μm porosity, 5/pk |
| 5067-1612 | Filter discs, 4.6 mm id, 0.2 μm porosity, 5/pk |
| 5067-1613 | Filter discs, 4.6 mm id, 0.5 μm porosity, 5/pk |
| 5067-1614 | Filter discs, 4.6 mm id, 2.0 μm porosity, 5/pk |
| | **Replacement Capillaries** |
| 5023-3344 | Capillary, stainless steel, 0.12 mm id, 90 mm length, 2x extra-long fittings, pre-swaged on one end, non-swaged on the other end, for inline filter for UHPLC |
| | **Quick Turn Fitting** |
| 5067-5966 | Quick Turn Fitting |
| 5043-0924 | Ferrule for Quick Turn Fitting |

Agilent Technologies, InfinityLab Quick Change Inline Filter (Flyer No. 5994-3028EN), https://www.agilent.com/cs/library/flyers/public/flyer-Inlinefilter-InfinityLab-5994-3028EN-agilent.pdf.



| Specifications | | | |
|---|---|---|---|
| Application Compatibility | Analytical | | |
| Brand | InfinityLab | | |
| Filter Assembly Material | Stainless Steel | | |
| Filter Material | Stainless Steel | | |
| Inner Diameter (ID) | 4.6 mm | | |
| Module Compatibility | Autosampler | Column Compartment | Pump |
| Pore Size | 0.5 μm | | |
| Pressure Limit | 1300 bar | | |
| Product Type | Filter disc | | |
| Technique | LC | | |
| UNSPSC Code | 41115700 | | |

Agilent Technologies, InfinityLab Quick Change Inline Filters (Part No. 5067-1613), https://www.agilent.com/store/productDetail.jsp?catalogId=5067-1613.

**A B S T R A C T**

In this study, the mechanism and kinetics of asphaltene deposition in stainless steel tubes have been studied experimentally using n-heptane as the precipitant. The effects of oil velocity, temperature, and oil–precipitant volumetric dilution ratio on the rate of asphaltene deposition are investigated. Since the adhesion of asphaltenes on to the metal surface is controlled by its transport through the laminar sub layer, our focus was limited to studying the phenomena in laminar flow regime. The concentration of asphaltenes was measured using UV–visible spectrophotometer at 650 nm wavelength. This enabled us to accurately measure the amount and extent of asphaltene deposits in the stainless steel tube. It is observed that the deposition process is often accompanied by significant erosion due to the subsequent dominance of shear forces on the asphaltene deposits. However, the erosion is not complete and a certain layer of asphaltene deposits remain before the deposition process becomes dominant. The initial rate of asphaltene deposition increases with the increase in oil velocity and temperature. The deposition rates increase with the decrease in the oil–precipitant volumetric dilution ratio. The asphaltene deposits were also subjected to X-ray photoelectron spectroscopy to characterize the surface composition of atoms responsible for the interfacial interaction forces due to the surface functional groups. The fundamental interaction forces between asphaltenes and a stainless steel surface was measured by using inverse gas chromatography. The surface energy of stainless steel indicated the amphoteric nature of the surface, with a slightly higher basic component. The surface energy of asphaltenes displayed a very high component of Lifshitz–van der Waals forces. However the polar component of surface energy of asphaltenes could not be measured due to its very strong interaction with the polar probes on account of its polarity.

Reference 21, abstract.

181.    Claim 24 of the '425 patent recites: "(ii) dissolving a first amount and a second amount of the precipitated asphaltenes by gradually and continuously changing the alkane mobile phase solvent to a final mobile phase solvent having a solubility parameter that is at least 1 MPa$^{0.5}$ higher than the alkane mobile phase solvent." The Accused Methods practice this element.

182.    Using the In-Line Filter Method, Chevron precipitates different amounts of asphaltenes by changing the alkane mobile phase solvent to a second mobile phase solvent with a higher solubility parameter.

**Asphaltene Solubility Profile by the In-Line Filtration Method.** Figure 1 shows a scheme of the method. A solution of the sample in dichloromethane or toluene (if the sample is highly paraffinic) is injected into a flow of heptane and passed through a filter. Asphaltenes precipitate as soon as the sample enters in contact with heptane. The asphaltenes are retained by the filter, while maltenes pass through it and reach the detector. Then, the mobile phase is changed in a gradual and continuous way from pure $n$-heptane to 90:10 dichloromethane/methanol and then to 100% methanol. This procedure redissolves the asphaltenes retained in the filter in a gradual manner from the easy to dissolve (low solubility parameter) to the difficult to dissolve (high solubility parameter). Asphaltenes are quantified using an evaporative light scattering detector (ELSD). Figure 1 also shows an example of the results obtained for a crude oil. In this plot, the first peak ($\sim$0.2 min, off the scale) corresponds to elution of maltenes, while the second peak (starting at around 6 min) corresponds to the elution of asphaltenes. In the case of the asphaltenes, this peak is a curve that represents their solubility distribution from the more soluble (left side of the peak) to the less soluble (right side of the peak) in hydrocarbons.

Reference 3 at 6364.



**Figure 1.** Scheme of the solubility profile method.

Reference 3 at 6364.

| Name[1] ▲▼ | Mol. Formula (2) ▲▼ | CAS #[2] ▲▼ | Mol. Wt. (3) ▲▼ | $\gamma_L$ [4] ▲ ▼ | $\Delta\gamma/\Delta T$ (5) ▲▼ | $\Delta_{VAP}H$[6] ▲▼ | Hansen Solubility Parameters (7) | | | | Molar Volume (8) ▲▼ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total ▲ ▼ | $\delta_D$ ▲ ▼ | $\delta_P$ ▲ ▼ | $\delta_H$ ▲ ▼ | |
| Dichloromethane (methylene chloride, DCM) | $CH_2Cl_2$ | 75-09-2 | 84.93 | 27.8 | -0.16 | 29.23 | 20.2 | 18.2 | 6.3 | 6.1 | 63.9 |

| Name[1] | Mol. Formula [2] | CAS #[2] | Mol. Wt. [3] | $\gamma_L$ [4] | $\Delta\gamma/\Delta T$ [5] | $\Delta_{VAP}H$ [6] | Hansen Solubility Parameters [7] | | | | Molar Volume [8] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | $\delta_D$ | $\delta_P$ | $\delta_H$ | |
| n-Heptane | $C_7H_{16}$ | 142-85-5 | 100.21 | 19.8 | -0.10 | 36.48 | 15.3 | 15.3 | 0.0 | 0.0 | 147.4 |

| Name[1] | Mol. Formula [2] | CAS #[2] | Mol. Wt. [3] | $\gamma_L$ [4] | $\Delta\gamma/\Delta T$ [5] | $\Delta_{VAP}H$ [6] | Hansen Solubility Parameters [7] | | | | Molar Volume [8] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | $\delta_D$ | $\delta_P$ | $\delta_H$ | |
| Methanol (methyl alcohol) | $CH_4O$ | 67-56-1 | 32.04 | 22.1 | -0.08 | 37.96 | 29.6 | 15.1 | 12.3 | 22.3 | 40.7 |

[7] $MPa^{1/2}$ (equivalent to joules/cubic centimeter; 2.0455 x $(cal/cc)^{1/2}$) @ 25°C (298.15 K): *Hansen Solubility Parameters: A User's Handbook, 2nd Edition*, Charles M. Hansen, CRC Press, Boca Raton, FL, 2007, except as noted. The total solubility parameter is the geometric mean of the three components $d_D$ (from non-polar, or dispersion interactions), $d_P$ (from polar attraction), and $d_H$ (from hydrogen bonding). This data is a combination of calculated values and experimentally confirmed values; refer to the original source for detailed information, including notes regarding the use of group contributions vs. dipole moments for polar contribution calculations.↵

Diversified Enterprises, *Surface Tension, Hansen Solubility Parameters, Molar Volume, Enthalpy of Evaporation, and Molecular Weight of Selected Liquids*, https://www.accudynetest.com/solubility_table.html.

$$\delta_{\text{n-Heptane}} = 15.3 \text{ MPa}^{0.5}$$

$$\delta_{90:10 \text{ dichloromethane/methanol}} = 0.9\delta_{\text{methylene chloride}} + 0.1\delta_{\text{methanol}} = 21.14 \text{ MPa}^{0.5}$$

$$\delta_{\text{methanol}} = 29.6 \text{ MPa}^{0.5}$$

183.    The difference in solubility parameters of n-Heptane, 90:10 dichloromethane/methanol and methanol are greater than 1 $\text{MPa}^{0.5}$.

184.    Claim 24 of the '425 patent recites: "(iii) monitoring the concentration of eluted fractions from the column." The Accused Methods practice this element.

185.    Using the In-Line Filter Method, Chevron monitors the concentration of eluted fractions from a column using a device such as an ELSD.



**Figure 1.** Scheme of the solubility profile method.

Reference 3 at 6364.



Sample preparation for crude oil samples included adding 0.100 grams of crude oil into a 20 mL vial. 10 mL toluene was volumetrically added and the mixture was mixed well.

US Patent 10,907,473 and Fuel 171, 203.

**Figure 1.** Flow diagram of HPLC.

Reference 18 at 2.

Table 1. Hardware and consumables.

| Hardware | Part Number |
|---|---|
| Agilent 1260 Infinity II flexible pump | G7111B |
| Agilent 1260 Infinity II vial sampler | G7129A |
| Agilent 1260 Infinity II multicolumn thrmostat | G7116A |
| Agilent 1260 Infinity II evaporative light scattering detector (ELSD) | G7102A |
| Agilent OpenLab CDS | MB414AA |

Reference 18 at 2.

108

The Evaporative Light Scattering Detector is a unique and highly sensitive detector for semi-volatile and non-volatile solutes in a liquid stream. It is mainly used as a concentration detector for High Performance Liquid Chromatography (HPLC). The solvent stream containing the solute material is nebulized and carrield by a gas flow through an evaporation chamber. The solvent is volatilized, leaving a mist of solute particles that scatter light to a photosensitive device. The signal is amplified and a voltage output provides the concentration of the solute particles passing through the light.

The ELSD may be used alone, or as one of several detectors in a GPC or HPLC system. As the solvent or eluent is evaporated during the analysis, the ELSD must be the last in series if used with other detectors. If the Agilent 1260 Infinity III ELSD or Agilent 1290 Infinity III ELSD is being used as the last detector in a series, care must be taken not to exceed the recommended backpressure in detector cells in other units.

Agilent Technologies, *Agilent InfinityLab LC Series Evaporative Light Scattering Detectors User Manual*, D0013647 Rev. C (May 2025), available at https://www.agilent.com/cs/library/usermanuals/public/G7102-G4260-ELSD-UseMa-en-D0013647.pdf.

186. Claim 24 of the '425 patent recites: "(iv) creating a solubility profile of the dissolved asphaltenes in the hydrocarbon-containing material." The Accused Methods practice this element.

187. Using the In-Line Filter Method, Chevron creates a solubility profile of the dissolved asphaltenes from the sample.

**Asphaltene Solubility Profile by the In-Line Filtration Method.** Figure 1 shows a scheme of the method. A solution of the sample in dichloromethane or toluene (if the sample is highly paraffinic) is injected into a flow of heptane and passed through a filter. Asphaltenes precipitate as soon as the sample enters in contact with heptane. The asphaltenes are retained by the filter, while maltenes pass through it and reach the detector. Then, the mobile phase is changed in a gradual and continuous way from pure *n*-heptane to 90:10 dichloromethane/methanol and then to 100% methanol. This procedure redissolves the asphaltenes retained in the filter in a gradual manner from the easy to dissolve (low solubility parameter) to the difficult to dissolve (high solubility parameter). Asphaltenes are quantified using an evaporative light scattering detector (ELSD). Figure 1 also shows an example of the results obtained for a crude oil. In this plot, the first peak (~0.2 min, off the scale) corresponds to elution of maltenes, while the second peak (starting at around 6 min) corresponds to the elution of asphaltenes. In the case of the asphaltenes, this peak is a curve that represents their solubility distribution from the more soluble (left side of the peak) to the less soluble (right side of the peak) in hydrocarbons.

Reference 3 at 6364.

109



Figure 1. Scheme of the solubility profile method.

Reference 3 at 6364.

188.    Claim 24 of the '425 patent recites: "(v) determining one or more asphaltene stability parameters of the hydrocarbon-containing material." The Accused Methods practice this element.

189.    Using the In-Line Filter Method, Chevron determines at least one stability

parameter of the sample containing hydrocarbons.

> Because the in-line filtration produces a curve that represents the solubility distribution of the asphaltenes as related to the solubility of the solvent blend, it is possible to evaluate the solubility parameter of the solvent blend at each time using the volumetric average of the components
>
> $$\delta = \sum_{i=1}^{n} \varphi_i \delta_i \tag{3}$$
>
> where $\delta$ is the solubility parameter of the blend, $\phi_i$ is the volume fraction, and $\delta_i$ is the solubility parameter of the components, respectively.

Reference 3 at 6367.

> Following our previous studies,[14,21] the separation between the peaks can be correlated to the colloidal stability of the asphaltenes. In general, asphaltenes from unstable materials are characterized by wider solubility profile distributions than asphaltenes from stable materials. In fact, we developed a criterion to evaluate stability called $\Delta$PS. This parameter is measured as the difference in time between the maximum of the first peak and 75% of the total distribution. We have shown that this criterion is particularly useful to evaluate stability in processed samples.[25]

Reference 3 at 6366.

190.    Claim 24 of the '425 patent recites: "(b) feeding the selected one or more crude hydrocarbon-containing feedstocks to the one or more crude hydrocarbon refinery components." The Accused Methods practice this element.

191.    Using the In-Line Filter Method, Chevron feeds selected feedstocks to the refinery components.

## Sediment Formation in Residue Hydroconversion Processes and Its Correlation to Asphaltene Behavior

Estrella Rogel,* Cesar Ovalles, and Ajit Pradhan

Chevron Energy Technology Co, 100 Chevron Way, Richmond, California 94802, United States

Pak Leung and Nan Chen

Chevron Global Downstream, 100 Chevron Way, Richmond, California 94802, United States

**ABSTRACT:** In this work, the link between asphaltene stability and sediment formation in hydroprocessing of residua is evaluated using two recently developed techniques for asphaltene characterization (Asphaltene Solubility Profile and Solubility Fractions). Several feeds as well as products coming from commercial units and pilot plants are examined in terms of asphaltene content and asphaltene stability. The results obtained confirm the relationship between stability, structural asphaltene characteristics, and sediment formation in products. It was found that stability, asphaltene content, and nature of the feeds are key factors in sediment formation. Two sets of correlations were found: those that correlate sediment with product characteristics and those that correlate sediment with feed characteristics and operational conditions. Both sets of correlations include asphaltene solubility characteristics and content as key parameters. These findings indicate that proper asphaltene characterization of feeds can help to reduce fouling in operating units by facilitating feed selection and adjustment of operational conditions. Additionally, it has been shown that the two proposed methods can be used to monitor sediment formation during hydroconversion as well as to evaluate solvents for blending in a fast and simple way compatible with a refinery lab environment.

In this work, two methods are proposed that can help in reducing fouling during residue hydroprocessing in a simple and fast way compatible with their use in a refinery environment. These methods can be used to monitor sediment formation during hydroconversion and to evaluate solvents for blending, selecting, and optimizing feeds.

Reference 2 at 6587, 6593.

192. Based on these representative allegations, Chevron therefore infringes and continues to infringe the '425 patent, based on the use of the Accused Methods which are practiced according to the '425 patent's methods in the United States, and a substantial likelihood exists that Chevron continues to practice the '425 patent's patented processes.

193. Accordingly, Chevron has directly infringed and continues to directly infringe, literally and/or under the doctrine of equivalents, the '425 patent under 35 U.S.C. § 271(a).

194. Chevron had knowledge of the '425 patent since well before the filing of this Complaint.

195. Alternatively, Chevron took and continues to take the above actions intending to cause infringing acts by others, and/or willfully blinded itself as to the existence of the Asserted

Patent and the Accused Methods' infringement thereof.

196. Chevron has induced third parties and continues to induce third parties, such as third parties for or through whom it does contract testing, to use the Accused Methods, or import crude oil or petroleum products tested with the Accused Methods into the United States.



Reference 17 at 9.

197. Accordingly, Chevron has indirectly infringed and continues to indirectly infringe the '425 patent under 35 U.S.C. § 271(b).

198. Chevron's infringement of the '425 patent has been willful and egregious and continues to be willful and egregious.

199. Chevron's acts of infringement have caused and continue to cause damage to Plaintiff. Plaintiff is entitled to recover from Chevron the damages sustained by Plaintiff as a result of these wrongful acts in an amount subject to proof at trial.

113

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

a.　a judgment in favor of Plaintiff that Defendant has infringed, either literally and/or under the doctrine of equivalents, at least one claim of each of the Asserted Patents;

b.　a judgment that Defendant's infringement has been and is willful;

c.　a judgment and order requiring Defendant to pay Plaintiff its damages, costs, expenses, and any enhanced damages to which Plaintiff is entitled for Defendant's infringement;

d.　a judgment and order requiring Defendant to provide an accounting and to pay supplemental damages to Plaintiff, including without limitation, pre-judgment and post-judgment interest;

e.　a judgment pursuant to 35 U.S.C. § 283 permanently enjoining Defendant and any of its officers, directors, agents, servants, subsidiaries, affiliates, divisions, branches, parents, and/or those in association with them from further infringing the Asserted Patents during the duration of their patent term;

f.　a judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding Plaintiff its reasonable attorney fees against Defendant; and

g.　any and all other legal or equitable relief as the Court may deem appropriate and just under the circumstances.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Plaintiff hereby demands trial by jury on all claims and issues so triable.

DATED: June 29, 2026

Respectfully submitted,

*/s/ Blaine Larson*

Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
Daniel R. Pearson
Texas Bar No. 24070398
Email: dpearson@caldwellcc.com
James F. Smith (*admission pending*)
Texas Bar No. 24129800
Email: jsmith@caldwellcc.com
Richard A. Cochrane
Texas Bar No. 24116209
Email: rcochrane@caldwellcc.com
Eric M. Horsley (*admission pending*)
Texas Bar No. 24131396
Email: ehorsley@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Blaine Larson
Texas Bar No. 24083360
Email: blarson@hpcllp.com
**HEIM PAYNE & CHORUSH LLP**
609 Main St., Suite 3200
Houston, Texas 77002
Telephone: 713-221-2000
Facsimile: 713-221-2021

**ATTORNEYS FOR PLAINTIFF
WESTERN RESEARCH INSTITUTE**